Fill in this information to identify your case:

Debtor 1      **David**          **Michael**        **Mobley**
              First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)
              First Name         Middle Name        Last Name

United States Bankruptcy Court for the:      **Southern District of Texas**

Case number      **22-60004**
(if known)

☐ Check if this is an
amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders       **12/15**

If you are a individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| **1** | | |
|---|---|---|
| Texas Champion Bank | What is the nature of the claim?       Pending Lawsuit       $5,525,573.65 | |
| Creditor's Name | | |
| PO Box 2090 | **As of the date you file, the claim is:** Check all that apply. | |
| Number       Street | ☑ Contingent | |
| | ☑ Unliquidated | |
| Alice, TX 78333 | ☑ Disputed | |
| City       State       Zip Code | ☐ None of the above apply | |
| | | |
| Contact | **Does the creditor have a lien on your property? Unsecured** | |
| | ☑ No | |
| | ☐ Yes. | |
| Contact phone | | |
| | Total claim (secured and unsecured):       _____ | |
| | Value of security:                     – _____ | |
| | Unsecured Claim:                       _____ | |

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | | **Unsecured claim** |
|---|---|---|

**2**

Internal Revenue Service
Creditor's Name

Centralized Insolvency Office

P. O. Box 7346
Number      Street

Philadelphia, PA 19101-7346
City                State      Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Statutory lien _____    $3,704,782.37

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? Secured
☐ No
☑ Yes.

Total claim (secured and unsecured):        $3,896,018.00
Value of security:                    –      $191,235.63
Unsecured Claim:                           $3,704,782.37

**3**

First Financial Bk Min
Creditor's Name

Po Box 2559
Number      Street

Abilene, TX 79604
City                State      Zip Code

Contact

Contact phone

What is the nature of the claim? _____ An agreement _____    $77,660.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property? Secured
☐ No
☑ Yes.

Total claim (secured and unsecured):        $2,177,660.00
Value of security:                    –     $2,100,000.00
Unsecured Claim:                             $77,660.00

**4**

MG Finance Co LTD
Creditor's Name

1655 Louisiana Street
Number      Street

Beaumont, TX 77701
City                State      Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Loan Guarantee _____    $914,373.77

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property? Unsecured
☑ No
☐ Yes.

Total claim (secured and unsecured):        _____
Value of security:                    –     _____
Unsecured Claim:                            _____

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

| 5 | | |
|---|---|---|

What is the nature of the claim? _____ Loan Guarantee _____     $123,696.57

FORD CREDIT
_____
Creditor's Name

PO BOX 650575
_____
Number    Street

Dallas, TX 75265
_____
City    State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

_____
Contact

_____
Contact phone

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

| 6 | | |
|---|---|---|

What is the nature of the claim? _____ Credit Card _____     $63,794.58

First State Bank - Louise
_____
Creditor's Name

Card Service Center
_____

PO Box 569120
_____
Number    Street

Dallas, TX 75356
_____
City    State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

_____
Contact

_____
Contact phone

Total claim (secured and unsecured): _____
Value of security: – _____
Unsecured Claim: _____

| 7 | | |
|---|---|---|

What is the nature of the claim? _____ Loan _____     $24,067.00

Chrysler Capital/Santander
_____
Creditor's Name

Attn: Bankruptcy
_____

PO Box 961245
_____
Number    Street

Fort Worth, TX 76161
_____
City    State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Secured**
☐ No
☑ Yes.

_____
Contact

_____
Contact phone

Total claim (secured and unsecured): $24,567.00
Value of security: – $500.00
Unsecured Claim: $24,067.00

Debtor 1 **David** **Michael** **Mobley** Case number *(if known)* 22-60004

First Name | Middle Name | Last Name

**Unsecured claim**

**8**

Bank of America
Creditor's Name

P.O. Box 15284
Number    Street

Wilmington, DE 19850
City    State    Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Credit Card _____ $12,289.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):  _____
Value of security:    – _____
Unsecured Claim:    _____

**9**

AT&T Corp
Creditor's Name

PO Box 5072
Number    Street

Carol Stream, IL 60197
City    State    Zip Code

Contact

Contact phone

What is the nature of the claim? _____ Account _____ $986.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property? Unsecured**
☑ No
☐ Yes.

Total claim (secured and unsecured):  _____
Value of security:    – _____
Unsecured Claim:    _____

**10**

Creditor's Name

Number    Street

City    State    Zip Code

Contact

Contact phone

What is the nature of the claim? _____ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured):  _____
Value of security:    – _____
Unsecured Claim:    _____

Debtor 1    **David**          **Michael**          **Mobley**                                    Case number *(if known)* 22-60004
            First Name       Middle Name        Last Name

Unsecured claim

**11**

Creditor's Name

Number        Street

City                    State      Zip Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                   – _____
Unsecured Claim:                       _____

**12**

Creditor's Name

Number        Street

City                    State      Zip Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                   – _____
Unsecured Claim:                       _____

**13**

Creditor's Name

Number        Street

City                    State      Zip Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes.

Total claim (secured and unsecured): _____
Value of security:                   – _____
Unsecured Claim:                       _____

Debtor 1    **David**          **Michael**          **Mobley**                        Case number *(if known)* _22-60004_

           First Name        Middle Name         Last Name

**Unsecured claim**

| 14 | | |
|---|---|---|

**What is the nature of the claim?** _____

_____
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

_____          ☐ Contingent
Number      Street              ☐ Unliquidated
                                ☐ Disputed
_____          ☐ None of the above apply

_____
City              State    Zip Code

**Does the creditor have a lien on your property?**
☐ No
_____          ☐ Yes.
Contact

_____          Total claim (secured and unsecured):    _____
                                Value of security:                    – _____
_____          Unsecured Claim:                        _____
Contact phone

| 15 | | |
|---|---|---|

**What is the nature of the claim?** _____

_____
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

_____          ☐ Contingent
Number      Street              ☐ Unliquidated
                                ☐ Disputed
_____          ☐ None of the above apply

_____
City              State    Zip Code

**Does the creditor have a lien on your property?**
☐ No
_____          ☐ Yes.
Contact

_____          Total claim (secured and unsecured):    _____
                                Value of security:                    – _____
_____          Unsecured Claim:                        _____
Contact phone

| 16 | | |
|---|---|---|

**What is the nature of the claim?** _____

_____
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

_____          ☐ Contingent
Number      Street              ☐ Unliquidated
                                ☐ Disputed
_____          ☐ None of the above apply

_____
City              State    Zip Code

**Does the creditor have a lien on your property?**
☐ No
_____          ☐ Yes.
Contact

_____          Total claim (secured and unsecured):    _____
                                Value of security:                    – _____
_____          Unsecured Claim:                        _____
Contact phone

Debtor 1  **David**          **Michael**          **Mobley**                              Case number *(if known)* 22-60004

   First Name       Middle Name       Last Name

**Unsecured claim**

| 17 | What is the nature of the claim? _____ |
| --- | --- |

_____
Creditor's Name

_____
Number      Street

_____

_____
City                State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes.

Total claim (secured and unsecured):      _____
Value of security:                      – _____
Unsecured Claim:                          _____

| 18 | What is the nature of the claim? _____ |
| --- | --- |

_____
Creditor's Name

_____
Number      Street

_____

_____
City                State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes.

Total claim (secured and unsecured):      _____
Value of security:                      – _____
Unsecured Claim:                          _____

| 19 | What is the nature of the claim? _____ |
| --- | --- |

_____
Creditor's Name

_____
Number      Street

_____

_____
City                State    Zip Code

_____
Contact

_____
Contact phone

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☐ Yes.

Total claim (secured and unsecured):      _____
Value of security:                      – _____
Unsecured Claim:                          _____

Debtor 1    **David**          **Michael**          **Mobley**                                    Case number *(if known)* 22-60004
            First Name      Middle Name      Last Name

**Unsecured claim**

| 20 |

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.

_____
Creditor's Name

☐ Contingent

☐ Unliquidated

_____
Number      Street

☐ Disputed

☐ None of the above apply

_____
City                    State      Zip Code

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

_____
Contact

Total claim (secured and unsecured):     _____

Value of security:     – _____

_____
Contact phone

Unsecured Claim:     _____

---

**Part 2:** Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** _____          **X** _____
      /s/ David Michael Mobley
Signature of Debtor 1                              Signature of Debtor 2

Date 02/04/2022 _____          Date _____
      MM/  DD/  YYYY                             MM/  DD/  YYYY

**Fill in this information to identify your case and this filing:**

Debtor 1      **David**       **Michael**       **Mobley**

           First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)

           First Name       Middle Name       Last Name

United States Bankruptcy Court for the:      **Southern District of Texas**

Case number      **22-60004**

☐ Check if this is an
    amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1   **SCHOENEBERG LOT 1,2A,2B Acres: 20.6800**
   Street address, if available, or other description

   **480 CR 335**

   **El Campo, TX 77437**
   City       State     ZIP Code

   **Wharton**
   County

   **What is the property?** Check all that apply.

   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other      **Shop**

   **Who has an interest in the property?** Check one.

   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**   This property is the property upon which Debtor's business, Texas Quality Mats LLC is located. Debtor will obtain a valuation from a certified real estate appraiser on this property. Accordingly, the value of this real property may change. Debtor believes that the Wharton County appraised tax value on this property is to high because, among other reasons, the property has over 3 acres dedicated to a retention pond, making that portion of the property unusable by Debtor and his business.

   **Source of Value:**
   Debtor

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**    **Current value of the portion you own?**

       **$800,000.00**        **$800,000.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property
   (see instructions)

Debtor 1   **David**          **Michael**          **Mobley**                              Case number *(if known)* **22-60004**

First Name       Middle Name       Last Name

---

1.2   **3815 Montgomery Rd.**

Street address, if available, or other
description

_____

**Richmond, TX 77406**

City                    State    ZIP Code

**Fort Bend**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other   **Shipping Container Home**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:** _____

**Source of Value:**
  **Purchase Price and Improvements**

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D: Creditors
Who Have Claims Secured by Property.*

**Current value of the
entire property?**

**Current value of the
portion you own?**

**$2,100,000.00**          **$2,100,000.00**

**Describe the nature of your ownership interest (such
as fee simple, tenancy by the entireties, or a life
estate), if known.**

**Homestead - Fee Simple**

☑ **Check if this is community property**
  (see instructions)

---

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
you have attached for Part 1. Write that number here**...........................................................................................

→ | **$2,900,000.00** |

---

| Debtor 1 | **David** | **Michael** | **Mobley** | | Case number *(if known)* **22-60004** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.4 Make: | **Ford** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Model: **F150**

Year: **2018**

Approximate mileage: **80,689**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

**Current value of the entire property?**   $32,500.00

**Current value of the portion you own?**   $32,500.00

Other information:

Wife drives this vehicle.

If you own or have more than one, list here:

| 3.2 Make: | **Harley-Davidson** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Model: **Thunder Mountain**

Year: **2004**

Approximate mileage: **5,000**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?**   $500.00

**Current value of the portion you own?**   $500.00

Other information:

Not running

| 3.3 Make: | **Harley-Davidson** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Model: **Thunder Mountain**

Year: **2004**

Approximate mileage: **5,000**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?**   $500.00

**Current value of the portion you own?**   $500.00

Other information:

Not running

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**3.1 Make:** Honda

**Model:** Goldwing

**Year:** 2008

**Approximate mileage:** 7,000

**Other information:**

Motorcycle

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $12,000.00

**Current value of the portion you own?** $12,000.00

---

**3.5 Make:** Dodge

**Model:** Charger

**Year:** 2018

**Approximate mileage:**

**Other information:**

Car is totaled, has not run since 2018.

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $500.00

**Current value of the portion you own?** $500.00

---

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

**4.1 Make:** Solitaire

**Model:** HD-384

**Year:** 2018

**Other information:**

Debtor's Daughter, Cheryl's Mobile Home

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $15,000.00

**Current value of the portion you own?** $15,000.00

If you own or have more than one, list here:

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 4.2 Make: | Clayton Homes | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| Model: | 31DMK16763AH12 |
|---|---|

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Year: | 2012 |
|---|---|

Other information:

Debtor's Daughter, Victoria's Manufactured Home

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,000.00 | $8,000.00 |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................................** → | $69,000.00 |

---

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe........ | See Attached. | $2,770.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe........ | See Attached. | $600.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe........

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe........ | Hand and Power Tools | $200.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe........

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........

| Debtor's Clothing and Wearing Apparel | **$100.00** |

---

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe........

---

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe........

---

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........

---

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here...................................................................................................➤ | **$3,670.00**

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

---

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................................... Cash.............. | **$500.00**

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other
similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................

Institution name:

17.1. Checking account: **First State Bank Checking Account - XXXX1764** | **($1,431.21)**

---

Debtor 1    **David          Michael          Mobley**                    Case number *(if known)* **22-60004**
            First Name       Middle Name       Last Name

| | | |
|---|---|---|
| 17.2. Checking account: | **Bank of America Checking Account - XXXX5387** | $818.67 |
| 17.3. Savings account: | **First State Bank Joint Account - XXXX9099** | $303.91 |
| 17.4. Savings account: | | |
| 17.5. Certificates of deposit: | | |
| 17.6. Other financial account: | | |
| 17.7. Other financial account: | | |
| 17.8. Other financial account: | | |
| 17.9. Other financial account: | | |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................

    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **Texas Quality Mats LLC** | **99** % | $0.00 |
    | **Mobley Investments LLC** | **50** % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them...................

    Issuer name:

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**21.** **Retirement or pension accounts**

*Examples:*   Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account
        separately.

Type of account:                Institution name:

401(k) or similar plan:   _____        _____

Pension plan:   _____        _____

IRA:   _____        _____

Retirement account:   _____        _____

Keogh:   _____        _____

Additional account:   _____        _____

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

                Institution name or individual:

Electric:   _____        _____

Gas:   _____        _____

Heating oil:   _____        _____

Security deposit on rental unit:   _____        _____

Prepaid rent:   _____        _____

Telephone:   _____        _____

Water:   _____        _____

Rented furniture:   _____        _____

Other:   _____        _____

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

Issuer name and description:

_____   _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____   _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....   [                                    ]   _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:*   Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....   [                                    ]   _____

27. **Licenses, franchises, and other general intangibles**
*Examples:*   Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
professional licenses

☑ No
☐ Yes. Give specific
information about them....   [                                    ]   _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about
them, including whether you
already filed the returns and the
tax years......................   [                    ]   Federal: _____
State: _____
Local: _____

29. **Family support**
*Examples:*   Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

Debtor 1    **David        Michael        Mobley**                    Case number *(if known)*  **22-60004**
_____
First Name      Middle Name      Last Name

☑ No
☐ Yes.  Give specific information..........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

   *Examples:*    Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social
                  Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes.  Give specific information..........                                      _____

31. **Interests in insurance policies**

   *Examples:*    Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ☑ Yes.  Name the insurance company
           of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Health Insurance through Debtor's Business, Texas Quality Mats, LLC | Debtor, Debtor's Wife, and Debtor's Children | $0.00 |
| Debtor's Wife's Auto Insurance through Progressive | Lisa Mobley | $0.00 |
| Commercial Auto Insurance through Progressive for Business Vehicles | Debtor, Debtor's Wife, and employees of Texas Quality Mats, LLC | $0.00 |

32. **Any interest in property that is due you from someone who has died**

   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property
   because someone has died.

   ☑ No
   ☐ Yes.  Give specific information..........                                      _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

   *Examples:*    Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☑ Yes.  Describe each claim................    See Attached.                      **unknown**

Debtor 1    **David        Michael        Mobley**                    Case number *(if known)* **22-60004**
_____
First Name    Middle Name    Last Name

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim................

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information..........

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................ ➔     | **$3,144.00** |

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

---

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

    *Examples:*    Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☐ No
    ☑ Yes. Describe........   | See Attached. |     **$50,000.00**

41. **Inventory**

    ☑ No
    ☐ Yes. Describe........

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes. Describe........

    Name of entity:                              % of ownership:

---

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

_____   _____%   _____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☑ No

    ☐ Yes. Describe........

_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.........

_____   _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................................➔ | **$50,000.00** |

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:*   Livestock, poultry, farm-raised fish

☑ No

☐ Yes.....................

_____

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information.............

_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes.........................

_____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes.........................

_____

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information.............

_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................➔   **$0.00**

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

---

53. **Do you have other property of any kind you did not already list?**

   *Examples:*   Season tickets, country club membership

☑ No
☐ Yes. Give specific information.............

_____
_____
_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**................................➔   **$0.00**

---

**Part 8:** List the Totals of Each Part of this Form

---

55. **Part 1: Total real estate, line 2**................................................................................➔   **$2,900,000.00**

56. **Part 2: Total vehicles, line 5**   $69,000.00

57. **Part 3: Total personal and household items, line 15**   $3,670.00

58. **Part 4: Total financial assets, line 36**   $3,144.00

59. **Part 5: Total business-related property, line 45**   $50,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**   **+**   $0.00

62. **Total personal property.** Add lines 56 through 61..............   $125,814.00   Copy personal property total ➔ **+**   $125,814.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62...........................................................   $3,025,814.00

---

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

# SCHEDULE A/B: PROPERTY
Continuation Page

| | | |
|---|---|---|
| 6. | **Household goods and furnishings** | |
| | Kitchen Table | $100.00 |
| | 6 Kitchen Chairs | $50.00 |
| | 2 Moveable Cabinets | $100.00 |
| | 8 Lamps | $100.00 |
| | Refrigerator | $500.00 |
| | Freezer | $500.00 |
| | Stove | $200.00 |
| | Clothes Washer | $200.00 |
| | Clothes Dryer | $200.00 |
| | Pots and Pans | $25.00 |
| | Bowls, Plates, and Utensils | $15.00 |
| | Sewing Machine | $10.00 |
| | 2 Clocks | $70.00 |
| | Sofa | $200.00 |
| | 2 End Tables | $20.00 |
| | Coffee Table | $20.00 |
| | Bed | $250.00 |
| | Chest | $50.00 |
| | 2 Night Tables | $50.00 |
| | Mirror | $40.00 |
| | Clothes Hamper | $20.00 |
| | Ladder | $50.00 |
| 7. | **Electronics** | |
| | Cell Phone | $200.00 |
| | 2 Televisions | $400.00 |
| 17. | **Deposits of money** | |
| | Checking account:<br>**First Financial Bank Checking Account - XXXX7744** | $526.61 |
| | Checking account:<br>**First State Bank Joint Checking Account - XXXX4271** | $165.89 |
| | Checking account:<br>**First State Bank Joint Checking Account - XXXX6095** | $607.61 |
| | Checking account:<br>**First State Bank Joint Checking Account - XXXX2377** | $1,230.20 |
| | Checking account:<br>**First Financial Bank Checking Account - XXXX0571** | $0.00 |
| | Checking account:<br>**First State Bank Checking Account XXXXX8363** | $244.00 |
| | Checking account:<br>**First State Bank Checking Account XXXXX4388** | $38.22 |
| | Checking account:<br>**First State Bank Checking Account XXXX6987** | $140.10 |
| 33. | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** | |

| Debtor 1 | **David** | **Michael** | **Mobley** | | Case number *(if known)* **22-60004** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

# SCHEDULE A/B: PROPERTY
## Continuation Page

| | | |
| --- | --- | --- |
| | Debtor's claims against Quality Lease and Rental Holdings, LLC, Allan Martin, and Rocaceia, LLC, as stated in Civil Action No. 6:16-0006; United States District Court, Southern District of Texas, Victoria Division. | unknown |
| | Claims of Debtor against Texas Champion Bank in Cause No. 2017CCV-62397-3 in the County Court At Law No. 3 Nueces County, Texas. | unknown |
| 40. | **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade** | |
| | 2018 Ford F350, 116,000 miles, paid for and insured by Texas Quality Mats, LLC. | $45,000.00 |
| | 2017 Kawasaki LXT Mule ATV | $5,000.00 |

**Fill in this information to identify your case:**

Debtor 1    **David**      **Michael**      **Mobley**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Southern District of Texas**

Case number    **22-60004**
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>3815 Montgomery Rd. Richmond, TX 77406<br><br>Line from *Schedule A/B*: 1.2 | $2,100,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| Brief description:<br>2008 Honda Goldwing<br>Motorcycle<br><br>Line from *Schedule A/B*: 3.1 | $12,000.00 | ☑ $12,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | **David** | **Michael** | **Mobley** | | Case number *(if known)* 22-60004 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2018 Ford F150<br>Wife drives this vehicle.<br><br>Line from *Schedule A/B*:  3.4 | $32,500.00 | ☑ $15,199.16<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>Kitchen Table<br><br>Line from *Schedule A/B*:  6 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>6 Kitchen Chairs<br><br>Line from *Schedule A/B*:  6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>2 Moveable Cabinets<br><br>Line from *Schedule A/B*:  6 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>8 Lamps<br><br>Line from *Schedule A/B*:  6 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Refrigerator<br><br>Line from *Schedule A/B*:  6 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Freezer<br><br>Line from *Schedule A/B*:  6 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Stove<br><br>Line from *Schedule A/B*:  6 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Clothes Washer<br><br>Line from *Schedule A/B*:  6 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1  **David**          **Michael**          **Mobley**          Case number *(if known)*  22-60004

_____First Name_____   ___Middle Name___   ___Last Name___

| Part 2: | Additional Page |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Clothes Dryer<br><br>Line from<br>*Schedule A/B:*    6 | $200.00 | ☑  $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Pots and Pans<br><br>Line from<br>*Schedule A/B:*    6 | $25.00 | ☑  $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Bowls, Plates, and Utensils<br><br>Line from<br>*Schedule A/B:*    6 | $15.00 | ☑  $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Sewing Machine<br><br>Line from<br>*Schedule A/B:*    6 | $10.00 | ☑  $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>2 Clocks<br><br>Line from<br>*Schedule A/B:*    6 | $70.00 | ☑  $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Sofa<br><br>Line from<br>*Schedule A/B:*    6 | $200.00 | ☑  $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>2 End Tables<br><br>Line from<br>*Schedule A/B:*    6 | $20.00 | ☑  $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Coffee Table<br><br>Line from<br>*Schedule A/B:*    6 | $20.00 | ☑  $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Bed<br><br>Line from<br>*Schedule A/B:*    6 | $250.00 | ☑  $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1  **David**      **Michael**      **Mobley**                    Case number *(if known)* 22-60004
         First Name   Middle Name   Last Name

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>Chest<br><br>Line from *Schedule A/B:*      6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>2 Night Tables<br><br>Line from *Schedule A/B:*      6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Mirror<br><br>Line from *Schedule A/B:*      6 | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Clothes Hamper<br><br>Line from *Schedule A/B:*      6 | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Ladder<br><br>Line from *Schedule A/B:*      6 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>2 Televisions<br><br>Line from *Schedule A/B:*      7 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Cell Phone<br><br>Line from *Schedule A/B:*      7 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>Hand and Power Tools<br><br>Line from *Schedule A/B:*      9 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>Debtor's Clothing and Wearing Apparel<br><br>Line from *Schedule A/B:*      11 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page 4 of 5

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2018 Ford F350, 116,000 miles, paid for and insured by Texas Quality Mats, LLC.<br><br>Line from *Schedule A/B*:  40.1 | $45,000.00 | ☑ $10,418.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>2017 Kawasaki LXT Mule ATV<br><br>Line from *Schedule A/B*:  40.2 | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number | 22-60004 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** Chrysler Capital/Santander | **Describe the property that secures the claim:** | $24,567.00 | $500.00 | $24,067.00 |

**2.1** Chrysler Capital/Santander

Creditor's Name

Attn: Bankruptcy

PO Box 961245
Number          Street

Fort Worth, TX 76161
City          State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
10/1/2018

**Describe the property that secures the claim:**

2018 Dodge Charger
Car is totaled, has not run since 2018.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    Loan

**Last 4 digits of account number** 7  3  6  9

| Add the dollar value of your entries in Column A on this page. Write that number here: | $24,567.00 |
|---|---|

Debtor 1  **David**        **Michael**        **Mobley**                    Case number *(if known)* 22-60004

First Name      Middle Name      Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** First Financial Bk Min

Creditor's Name

Po Box 2559

Number        Street

Abilene, TX 79604

City        State      ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred**

7/1/2021

**Describe the property that secures the claim:**        $2,177,660.00    $2,100,000.00    $77,660.00

3815 Montgomery Rd. Richmond, TX 77406

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** 9  6  9  8

---

**2.3** Ford Motor Credit

Creditor's Name

PO Box 54200

Number        Street

Omaha, NE 68154

City        State      ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

6/1/2018

**Describe the property that secures the claim:**        $34,582.00    $45,000.00    $0.00

2018 Ford F350, 116,000 miles, paid for and insured by Texas Quality Mats, LLC.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** 6  5  8  8

**Remarks:**
Vehicle used for business operations, business pays for vehicle. Insured by Texas Quality Mats LLC.

**Add the dollar value of your entries in Column A on this page. Write that number here:**        $2,212,242.00

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)*  22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

| 2.4 | Ford Motor Credit | Describe the property that secures the claim: | $17,300.84 | $32,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

PO Box 54200
Number      Street

Omaha, NE 68154
City              State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**
11/1/2018

**Describe the property that secures the claim:**

2018 Ford F150
Wife drives this vehicle.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number  3  0  5  5

**Remarks:** Co-Signer on Auto Loan. Wife drives this vehicle.

| 2.5 | Internal Revenue Service | Describe the property that secures the claim: | $3,896,018.00 | $823,000.00 | $3,073,018.00 |
|---|---|---|---|---|---|

Creditor's Name

Centralized Insolvency Office

P. O. Box 7346
Number      Street

Philadelphia, PA 19101-7346
City              State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**
2009-2011

**Describe the property that secures the claim:**

2018 Solitaire HD-384
Debtor's Daughter, Cheryl's Mobile Home
2012 Clayton Homes 31DMK16763AH12
Debtor's Daughter, Victoria's Manufactured Home
SCHOENEBERG LOT 1,2A,2B Acres: 20.6800
480 CR 335 El Campo, TX 77437

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number  0  4  4  3

| Add the dollar value of your entries in Column A on this page. Write that number here: | $3,913,318.84 | |
|---|---|---|

Debtor 1 **David**          **Michael**          **Mobley**                          Case number *(if known)* 22-60004
First Name          Middle Name          Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

> **Remarks:**
> IRS debt is also secured by a second lien on real property located at 1401 MLK Blvd, El Campo, TX, that Debtor no longer owns. This real property was transferred to REB TX EC Ventures, LLC, by Debtor via Deed in Lieu of Foreclosure.

**2.6**   Peoples Bank

Creditor's Name

5820 82nd Street

Number          Street

Lubbock, TX 79424

City                State          ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

SCHOENEBERG LOT 1,2A,2B Acres: 20.6800
480 CR 335 El Campo, TX 77437

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

$560,000.00      $800,000.00      $0.00

> **Remarks:** Personal Guarantor on Business Loan. Secured by shop real estate described above.

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $560,000.00

Debtor 1    **David**        **Michael**        **Mobley**                    Case number *(if known)* 22-60004
_____
First Name        Middle Name        Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.7 | Wharton County Tax Collector | Describe the property that secures the claim: | $71,764.37 | $823,000.00 | $0.00 |

Creditor's Name

309 E. Milam St Suite 100
Number        Street

Wharton, TX 77488
City                State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

SCHOENEBERG LOT 1,2A,2B Acres: 20.6800
480 CR 335 El Campo, TX 77437
2018 Solitaire HD-384
Debtor's Daughter, Cheryl's Mobile Home
2012 Clayton Homes 31DMK16763AH12
Debtor's Daughter, Victoria's Manufactured Home

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** 2021 & 2022 Wharton County Property Taxes.

| Add the dollar value of your entries in Column A on this page. Write that number here: | $71,764.37 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $6,781,892.21 |

Debtor 1  **David**          **Michael**          **Mobley**                                    Case number *(if known)* 22-60004
          First Name         Middle Name          Last Name

---

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

---

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | Tara LeDay | On which line in Part 1 did you enter the creditor? __7__ |
| | Name | |
| | PO Box 1269 | Last 4 digits of account number ___ ___ ___ ___ |
| | Number        Street | |
| | McCreary, Veselka, Bragg & Allen, P.C. | |
| | Round Rock, TX 78680-1269 | |
| | City                          State        ZIP Code | |

| 2 | United States Attorney General | On which line in Part 1 did you enter the creditor? __5__ |
| | Name | |
| | 950 Pennsylvania Avenue NW | Last 4 digits of account number ___ ___ ___ ___ |
| | Number        Street | |
| | IRS<br/> | |
| | Washington, DC 20530 | |
| | City                          State        ZIP Code | |

| 3 | United States Attorney General | On which line in Part 1 did you enter the creditor? __5__ |
| | Name | |
| | 1000 Louisiana St Ste 2300 | Last 4 digits of account number ___ ___ ___ ___ |
| | Number        Street | |
| | Internal Revenue Service | |
| | Houston, TX 77002-5010 | |
| | City                          State        ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **22-60004** | | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Fort Bend County Tax Assessor Collector**
Priority Creditor's Name

**1317 Eugene Heimann Circle**
Number          Street

**Richmond, TX 77469**
City                          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| **4.1** | | | |
|---|---|---|---|
| **AT&T Corp** | | Last 4 digits of account number  2734 | **$986.00** |
| Nonpriority Creditor's Name | | | |
| **PO Box 5072** | | When was the debt incurred?     01/01/2018 | |
| Number        Street | | | |
| **Carol Stream, IL 60197** | | As of the date you file, the claim is: Check all that apply. | |
| City                    State        ZIP Code | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| **Who incurred the debt?** Check one. | | ☐ Disputed | |
| ☒ Debtor 1 only | | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 2 only | | ☐ Student loans | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ At least one of the debtors and another | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ **Check if this claim is for a community debt** | | ☒ Other. Specify | |
| **Is the claim subject to offset?** | | **Account** | |
| ☒ No | | | |
| ☐ Yes | | | |

| **4.2** | | | |
|---|---|---|---|
| **Bank of America** | | Last 4 digits of account number  9957 | **$12,289.00** |
| Nonpriority Creditor's Name | | | |
| **P.O. Box 15284** | | When was the debt incurred?     08/01/2017 | |
| Number        Street | | | |
| **Wilmington, DE 19850** | | As of the date you file, the claim is: Check all that apply. | |
| City                    State        ZIP Code | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| **Who incurred the debt?** Check one. | | ☐ Disputed | |
| ☒ Debtor 1 only | | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 2 only | | ☐ Student loans | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ At least one of the debtors and another | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ **Check if this claim is for a community debt** | | ☒ Other. Specify | |
| **Is the claim subject to offset?** | | **Credit Card** | |
| ☒ No | | | |
| ☐ Yes | | | |

| Debtor 1 | **David** | **Michael** | **Mobley** | | Case number *(if known)* **22-60004** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.3** **First State Bank - Louise**
Nonpriority Creditor's Name

**Card Service Center**

**PO Box 569120**
Number          Street

**Dallas, TX 75356**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Personal Guarantor

Last 4 digits of account number  **0004**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

$63,794.58

---

**4.4** **FORD CREDIT**
Nonpriority Creditor's Name

**PO BOX 650575**
Number          Street

**Dallas, TX 75265**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Personal Guarantor on Business Loans

Last 4 digits of account number  **3685**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Loan Guarantee**

$123,696.57

---

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.5**

MG Finance Co LTD
Nonpriority Creditor's Name

**1655 Louisiana Street**
Number          Street

**Beaumont, TX 77701**
City                    State          ZIP Code

**Total claim: $914,373.77**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Remarks: Personal Guarantor on Business Loan

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan Guarantee**

**4.6**

Quality Lease and Rental Holdings, LLC
Nonpriority Creditor's Name

**23403B NW Zac Lentz Pkwy**
Number          Street

**Victoria, TX 77905-0702**
City                    State          ZIP Code

**unknown**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **0006**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Pending Lawsuit**

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* | **22-60004** |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Your NONPRIORITY Unsecured Claims - Continuation Page |
| --- | --- |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.7**

**Texas Champion Bank**
Nonpriority Creditor's Name

**PO Box 2090**
Number        Street

**Alice, TX 78333**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Remarks: Personal Guarantor on Business Loan.

Last 4 digits of account number  **97-3**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Pending Lawsuit**

**$5,525,573.65**

Debtor 1 __David__ __Michael__ __Mobley__          Case number *(if known)* __22-60004__
First Name    Middle Name    Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Allan Martin**
Name
**c/o REID, COLLINS, & TSAI LLP**
**1301 S. Capital of Texas Hwy Building C, Suite 300**
Number    Street
**Austin, TX 78746**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.6__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Enhanced Recovery**
Name
**8014 Bayberry Rd.**
Number    Street
**Jacksonville, FL 32256**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.1__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Quality Lease Rental Service, LLC**
Name
**c/o REID, COLLINS, & TSAI LLP**
**1301 S. Capital of Texas Hwy Building C, Suite 300**
Number    Street
**Austin, TX 78746**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.6__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Quality Lease Service, LLC**
Name
**c/o REID, COLLINS, & TSAI LLP**
**1301 S. Capital of Texas Hwy Building C, Suite 300**
Number    Street
**Austin, TX 78746**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.6__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Reid, Collins, & Tsai LLP**
Name
**ATTN: Lisa S. Tsai**
**1301 S. Capital of Texas Hwy Building C, Suite 300**
Number    Street
**Austin, TX 78746**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.6__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Rocaceia, LLC**
Name
**c/o REID, COLLINS, & TSAI LLP**
**1301 S. Capital of Texas Hwy Building C, Suite 300**
Number    Street
**Austin, TX 78746**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.6__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Wood, Boykin, & Wolter**
Name
**ATTN: Peter E. Avots & Joseph B. Baucum**
**615 North Upper Broadway, Suite 1100**
Number    Street
**Corpus Christi, TX 78401-0748**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.7__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* **22-60004** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 4:**</td><td colspan="3">Add the Amounts for Each Type of Unsecured Claim</td></tr>
</table>

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $6,640,713.57 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $6,640,713.57 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **22-60004** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number       Street | |
| City                              State       ZIP Code | |
| **2.2** | |
| Name | |
| Number       Street | |
| City                              State       ZIP Code | |
| **2.3** | |
| Name | |
| Number       Street | |
| City                              State       ZIP Code | |
| **2.4** | |
| Name | |
| Number       Street | |
| City                              State       ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number | 22-60004 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes. In which community state or territory did you live? Texas_____ . Fill in the name and current address of that person.

      Mobley, Lisa
      Name of your spouse, former spouse, or legal equivalent
      3815 Montgomery Rd
      Number     Street
      Richmond, TX 77406
      City                    State     ZIP Code

      ☑ Yes. In which community state or territory did you live? Texas_____ . Fill in the name and current address of that person.

      Mobley, Greta Yvette
      Name of your spouse, former spouse, or legal equivalent
      1082 County Road 451
      Number     Street
      El Campo, TX 77437
      City                    State     ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Greta Yvette Mobley | ☑ Schedule D, line  2.5_____ |
| Name | ☑ Schedule E/F, line  4.6, 4.7_____ |
| 1082 County Road 451 | ☐ Schedule G, line _____ |
| Number     Street | |
| El Campo, TX 77437 | |
| City                    State     ZIP Code | |

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
| | First Name | Middle Name | Last Name | |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| | | Check all schedules that apply: |
| **3.2** | Hanks (Address Unknown), Kaitlynn Taylor <br> Name <br><br> Number    Street <br><br> City                State    ZIP Code | ☑ Schedule D, line  2.1 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** | Mobley, Lisa <br> Name <br> 3815 Montgomery Rd <br> Number       Street <br> Richmond, TX 77406 <br> City                State    ZIP Code | ☑ Schedule D, line  2.2, 2.4 <br> ☑ Schedule E/F, line  2.1 <br> ☐ Schedule G, line _____ |
| **3.4** | Texas Quality Gate Guard Service LLC <br> Name <br> PO Box 1120, 480 Co Rd 355 <br> Number       Street <br> El Campo, TX 77437 <br> City                State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  4.6 <br> ☐ Schedule G, line _____ |
| **3.5** | Texas Quality Mats LLC <br> Name <br> PO Box 168, 480 Co Rd 355 <br> Number       Street <br> El Campo, TX 77437 <br> City                State    ZIP Code | ☑ Schedule D, line  2.6 <br> ☑ Schedule E/F, line  4.3, 4.4, 4.6 <br> ☐ Schedule G, line _____ |
| **3.6** | Texas Quality Well Service LLC <br> Name <br> PO Box 168, 480 Co Rd 355 <br> Number       Street <br> El Campo, TX 77437 <br> City                State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line  4.3, 4.5, 4.7 <br> ☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **22-60004** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed  ☐ Not Employed | ☐ Employed  ☑ Not Employed |
| **Occupation** | Business Owner | |
| **Employer's name** | Texas Quality Mats | |
| **Employer's address** | PO Box 168 | |
| | Number Street | Number Street |
| | El Campo, TX 77437 | |
| | City   State   Zip Code | City   State   Zip Code |
| **How long employed there?** | 20 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | $18,850.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $18,850.00 | $0.00 |

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here................................................................→ | 4. | $18,850.00 | $0.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $2,535.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $2,535.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $16,315.00 | $0.00 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $16,315.00 + | $0.00 = $16,315.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                                       11. + _____ $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies          12. | $16,315.00 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|

**Debtor 1** David     Michael     Mobley
First Name    Middle Name    Last Name

**Debtor 2**
(Spouse, if filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Southern District of Texas**

Case number    22-60004
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

 ☑ No. Go to line 2.
 ☐ Yes. **Does Debtor 2 live in a separate household?**
     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

 Do not list Debtor 1 and
 Debtor 2.

 Do not state the dependents' names.

 ☐ No
 ☑ Yes. Fill out this information for
 each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | | ☐ No. ☑ Yes. |
| Child | | ☐ No. ☑ Yes. |
| Non-Filing Spouse | | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

 ☑ No
 ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.    $6,500.00 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a.    $170.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b.    $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c.    $600.00 |
| | 4d. Homeowner's association or condominium dues | 4d.    $0.00 |

Debtor 1    **David        Michael        Mobley**                    Case number *(if known)* 22-60004
_____ _____ _____
First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans    5. | $0.00 |
| 6. | **Utilities:** | |
|  | 6a. Electricity, heat, natural gas    6a. | $400.00 |
|  | 6b. Water, sewer, garbage collection    6b. | $200.00 |
|  | 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. | $80.00 |
|  | 6d. Other. Specify: _____    6d. | $0.00 |
| 7. | **Food and housekeeping supplies**    7. | $984.00 |
| 8. | **Childcare and children's education costs**    8. | $200.00 |
| 9. | **Clothing, laundry, and dry cleaning**    9. | $200.00 |
| 10. | **Personal care products and services**    10. | $100.00 |
| 11. | **Medical and dental expenses**    11. | $250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments.    12. | $500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. | $100.00 |
| 14. | **Charitable contributions and religious donations**    14. | $0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | |
|  | 15a. Life insurance    15a. | $0.00 |
|  | 15b. Health insurance    15b. | $0.00 |
|  | 15c. Vehicle insurance    15c. | $190.00 |
|  | 15d. Other insurance. Specify: _____    15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____    16. | $0.00 |
| 17. | **Installment or lease payments:** | |
|  | 17a. Car payments for Vehicle 1    17a. | $1,141.00 |
|  | 17b. Car payments for Vehicle 2    17b. | $0.00 |
|  | 17c. Other. Specify: _____    17c. | $0.00 |
|  | 17d. Other. Specify: _____    17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I).    18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____    19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
|  | 20a. Mortgages on other property    20a. | $0.00 |
|  | 20b. Real estate taxes    20b. | $0.00 |
|  | 20c. Property, homeowner's, or renter's insurance    20c. | $0.00 |
|  | 20d. Maintenance, repair, and upkeep expenses    20d. | $0.00 |
|  | 20e. Homeowner's association or condominium dues    20e. | $0.00 |

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

21.  **Other.** Specify: _____     21.  **+** _____ $0.00

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                              22a. _____ $11,615.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b. _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.          22c. _____ $11,615.00

23.  **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.       23a. _____ $16,315.00

23b. Copy your monthly expenses from line 22c above.                     23b. **–** _____ $11,615.00

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income*.                           23c. _____ $4,700.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
| None |
| --- |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **22-60004** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| **1. Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................... | $2,900,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................. | $125,814.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*....................................................... | $3,025,814.00 |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| **2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $6,781,892.21 |
| **3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $6,640,713.57 |
| **Your total liabilities** | $13,422,605.78 |

### Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| **4. Schedule I: Your Income** (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................ | $16,315.00 |
| **5. Schedule J: Your Expenses** (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................. | $11,615.00 |

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **22-60004** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

**X** /s/ David Michael Mobley _____

David Michael Mobley , Debtor 1

Date 02/04/2022 _____
MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **David** | **Michael** | **Mobley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Southern District of Texas | |
| Case number | 22-60004 | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 8333 Bois D Arc Rd | From  2013 | | From _____ |
| Number    Street | To    2020 | Number    Street | To    _____ |
| Richmond, TX 77406 | | | |
| City          State   ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number    Street | To   _____ | Number    Street | To   _____ |
| | | | |
| City          State   ZIP Code | | City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="3">Explain the Sources of Your Income</td></tr>
</table>

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $10,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, _2021_ )<br>                    YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $251,154.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2020_ )<br>                    YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $346,538.00<br>$34,156.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, _2021_ )<br>                    YYYY | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2020_ )<br>                    YYYY | | | | |

| Debtor 1 | **David** | **Michael** | **Mobley** | Case number *(if known)* 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| First Financial Bank<br>Creditor's Name | 11/2021 | $19,500.00 | $2,177,660.00 | ☑ Mortgage |
| 400 Pine Street<br>Number      Street | 12/2021 | | | ☐ Car<br>☐ Credit card |
| | 1/2022 | | | ☐ Loan repayment |
| Abilene, TX 79601<br>City          State      ZIP Code | | | | ☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number      Street | | | | |
| City          State      ZIP Code | | | | |

Debtor 1    **David**          **Michael**          **Mobley**                                  Case number *(if known)* 22-60004
            First Name         Middle Name          Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number     Street | _____ | | | |
| _____ | _____ | | | |
| _____ City          State    ZIP Code | | | | |

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Greta Yvette Mobley, et al. v. Quality Lease and Rental Holdings, LLC, et al.  Case number  6:16-0006 | Breach of contract | Southern District of Texas, Victoria Division Court Name 312 S. Main Room 406 Number     Street Victoria, TX 77902 City                          State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case title  David Michael Mobley and Texas Quality Well Service, LLC v. Texas Champion Bank  Case number  2017CCV-62397-3 | Collections | Nueces County Court at Law No. 3, Nueces County, Texas Court Name 901 Leopard St Number     Street Corpus Christi, TX 78401 City                          State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1    **David**      **Michael**      **Mobley**      Case number *(if known)* 22-60004

First Name     Middle Name     Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

_____
Creditor's Name

_____
Number    Street

| Explain what happened |
|---|
| ☐ Property was repossessed. |
| ☐ Property was foreclosed. |
| ☐ Property was garnished. |
| ☐ Property was attached, seized, or levied. |

_____
City     State     ZIP Code

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

_____
Creditor's Name

_____
Number    Street

_____
City     State     ZIP Code

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Debtor 1    **David**           **Michael**          **Mobley**                              Case number *(if known)* 22-60004
            First Name          Middle Name          Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift _____ Number     Street _____ City                          State     ZIP Code Person's relationship to you _____ | | _____ _____ | _____ _____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name _____ Number     Street _____ City                State   ZIP Code | | _____ _____ | _____ _____ |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **David** | **Michael** | **Mobley** | | Case number *(if known)* 22-60004 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 7:** List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Brown Law Firm | Attorney's Fees ($18,262); Court's Filing Fee ($1,738); | | |
| Person Who Was Paid | | | |
| 13900 Sawyer Ranch Rd | | 11/12/2021 | $15,000.00 |
| Number      Street | | 11/12/2021 | $1,738.00 |
| | | 9/14/2021 | $3,262.00 |
| Dripping Springs, TX 78620-4539 | | | |
| City            State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Access Counseling, Inc. | Credit Counseling Course | | |
| Person Who Was Paid | | | |
| 633 W 5th St #26001 | | 1/20/2022 | $25.00 |
| Number      Street | | | |
| | | | |
| Los Angeles, CA 90071-2005 | | | |
| City            State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number      Street | | | |
| | | | |
| | | | |
| City            State     ZIP Code | | | |

| Debtor 1 | David | Michael | Mobley | Case number (if known) 22-60004 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| REB TX EC VENTURES, LCC<br>Person Who Received Transfer<br><br>82 North Windsail Place<br>Number    Street<br><br>The Woodlands , TX 77381<br>City            State    ZIP Code<br><br>Person's relationship to you<br><br>None | 1401 MLK Blvd El Campo, TX 77437, comprised of Lots 1-8 and Reserves A-G in Wharton County, TX. The Wharton County tax appraisal value of this property is $4,012,634. Debtor believes that this property is overvalued by the Wharton County Tax Appraisal District. | Debt forgiveness to Debtor by Reb Tx Ec Ventures, LLC in the amount of $850,000. | 1/21/2022 |
| Ravi Chowdary Yemeni and Mamta Yemeni<br>Person Who Received Transfer<br><br>20007 Sky Hollow Lane<br>Number    Street<br><br>Katy, TX 77450<br>City            State    ZIP Code<br><br>Person's relationship to you<br><br>None | 8333 Bois D Arc Rd Richmond, TX 77406. Debtor's formal homestead.<br>2021 Fort Bend County tax appraisal: 1,746,980.00.<br>8403 Bois D Arc RD Richmond, TX 77406. 2021 Fort Bend County tax appraisal: 1,589,250.00 | Debtor received $3,700,000, for the sale of both properties. Liens on such properties in the amount of $2,107,981.04 were paid at closing from the above proceeds. The remaining proceeds of $1,605,176.32 were paid to Debtor and his wife and were used to purchase Debtor's current homestead and used in Debtor's business. | 05/03/2021 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____<br><br>_____ | | |

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Debtor 1    **David**              **Michael**              **Mobley**                    Case number *(if known)* 22-60004

       First Name        Middle Name        Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | **XXXX–** ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |
| Number      Street | | | | |
| City              State    ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No<br>☐ Yes |
| Number      Street | Number      Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No<br>☐ Yes |
| Number      Street | Number      Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

| Debtor 1 | **David** | **Michael** | **Mobley** | | Case number *(if known)* 22-60004 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | **Where is the property?** | **Describe the property** | **Value** |
|---|---|---|---|
| _____ | | | _____ |
| Owner's Name | Number      Street | | |
| | _____ | | |
| Number      Street | | | |
| _____ | City               State      ZIP Code | | |
| City            State     ZIP Code | | | |

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | **Governmental unit** | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| _____ | | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number      Street | Number      Street | | |
| _____ | City               State      ZIP Code | | |
| City            State     ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **David**          **Michael**          **Mobley**                                    Case number *(if known)* 22-60004
            First Name          Middle Name          Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number     Street | Number     Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| _____ | Number     Street | | ☐ Concluded |
| Case number _____ | City          State     ZIP Code | | |

---

**Part 11:** Give Details About Your Business or Connections to Any Business

---

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Texas Quality Mats LLC | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | Oilfield Construction | EIN:  _2_ _7_ – _1_ _9_ _3_ _3_ _3_ _1_ _1_ |
| PO Box 168, 480 Co Rd 355 | | |
| Number     Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| El Campo, TX 77437 | Marcus Farquhar | From  _2/2010_    To  _Present_ |
| City          State     ZIP Code | | |

Debtor 1    **David**          **Michael**          **Mobley**                                    Case number *(if known)* 22-60004
            First Name         Middle Name          Last Name

| Texas Quality Well Service LLC | Describe the nature of the business | Employer Identification number |
| Name | | Do not include Social Security number or ITIN. |
| | Oilfield workover rigs | |
| PO Box 168, 480 Co Rd 355 | | EIN: __4__ __6__ – __5__ __2__ __8__ __8__ __6__ __8__ __6__ |
| Number    Street | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Burkhart, Peterson & Associates PLLC | |
| El Campo, TX 77437 | | From __4/18/2014__  To __10/17/2017__ |
| City          State    ZIP Code | | |

| Texas Quality Gate Guard Service LLC | Describe the nature of the business | Employer Identification number |
| Name | | Do not include Social Security number or ITIN. |
| | Oilfield Gate Guards | |
| PO Box 1120, 480 Co Rd 355 | | EIN: __2__ __7__ – __3__ __4__ __0__ __7__ __3__ __5__ __1__ |
| Number    Street | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Burkhart, Peterson & Associates PLLC | |
| El Campo, TX 77437 | | From __9/8/2010__  To __6/25/2021__ |
| City          State    ZIP Code | | |

| Mobley Investments LLC | Describe the nature of the business | Employer Identification number |
| Name | | Do not include Social Security number or ITIN. |
| | Real Estate Management | |
| PO Box 1215 | | EIN: __4__ __7__ – __3__ __0__ __4__ __7__ __6__ __6__ __2__ |
| Number    Street | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | Marcus Farquhar | |
| El Campo, TX 77437 | | From __2/5/2015__  To __Present__ |
| City          State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

|  | Date issued |
| --- | --- |
| First Financial Bank | 5-1-2021 |
| Name | MM / DD / YYYY |
| 400 Pine Street | |
| Number    Street | |
| | |
| Abilene, TX 79601 | |
| City          State    ZIP Code | |

| Debtor 1 | **David** | **Michael** | **Mobley** | | Case number *(if known)*  22-60004 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**   /s/ David Michael Mobley

Signature of David Michael Mobley , Debtor 1

Date  02/04/2022

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known) _____22-60004_____

## Official Form 121

# Statement About Your Social Security Numbers

**12/15**

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. **Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records.** Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1:  Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

|  | **For Debtor 1:** | **For Debtor 2 (Only If Spouse Is Filing):** |
|---|---|---|
| **1. Your Name** | David <br> First Name | <br> First Name |
|  | Michael <br> Middle Name | <br> Middle Name |
|  | Mobley <br> Last Name | <br> Last Name |

### Part 2:  Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

**2. All Social Security Numbers you have used**

– 0 4 4 3

___ ___ ___ – ___ ___ – ___ ___ ___ ___

☐ You do not have a Social Security number.

___ ___ ___ – ___ ___ – ___ ___ ___ ___

___ ___ ___ – ___ ___ – ___ ___ ___ ___

☐ You do not have a Social Security number.

**3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used**

9 ___ ___ – ___ ___ – ___ ___ ___ ___

9 ___ ___ – ___ ___ – ___ ___ ___ ___

☑ You do not have an ITIN.

9 ___ ___ – ___ ___ – ___ ___ ___ ___

9 ___ ___ – ___ ___ – ___ ___ ___ ___

☐ You do not have an ITIN.

### Part 3:  Sign Below

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

**X**  /s/ David Michael Mobley

David Michael Mobley , Debtor 1

Date  02/04/2022
MM/  DD/  YYYY

ALLAN MARTIN
C/O REID, COLLINS, & TSAI LLP
1301 S. CAPITAL OF TEXAS HWY
BUILDING C, SUITE 300
AUSTIN, TX 78746

AT&T CORP
PO BOX 5072
CAROL STREAM, IL 60197

BANK OF AMERICA
P.O. BOX 15284
WILMINGTON, DE 19850

CHRYSLER
CAPITAL/SANTANDER
ATTN: BANKRUPTCY
PO BOX 961245
FORT WORTH, TX 76161

ENHANCED RECOVERY
8014 BAYBERRY RD.
JACKSONVILLE, FL 32256

FIRST FINANCIAL BK MIN
PO BOX 2559
ABILENE, TX 79604

FIRST STATE BANK - LOUISE
CARD SERVICE CENTER
PO BOX 569120
DALLAS, TX 75356

FORD CREDIT
PO BOX 650575
DALLAS, TX 75265

FORD MOTOR CREDIT
PO BOX 54200
OMAHA, NE 68154


FORT BEND COUNTY TAX
ASSESSOR COLLECTOR
1317 EUGENE HEIMANN CIRCLE
RICHMOND, TX 77469


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OFFICE
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346


MG FINANCE CO LTD
1655 LOUISIANA STREET
BEAUMONT, TX 77701


PEOPLES BANK
5820 82ND STREET
LUBBOCK, TX 79424


QUALITY LEASE AND RENTAL
HOLDINGS, LLC
23403B NW ZAC LENTZ PKWY
VICTORIA, TX 77905-0702


QUALITY LEASE RENTAL
SERVICE, LLC
C/O REID, COLLINS, & TSAI LLP
1301 S. CAPITAL OF TEXAS HWY
BUILDING C, SUITE 300
AUSTIN, TX 78746


QUALITY LEASE SERVICE, LLC
C/O REID, COLLINS, & TSAI LLP
1301 S. CAPITAL OF TEXAS HWY
BUILDING C, SUITE 300
AUSTIN, TX 78746

REID, COLLINS, & TSAI LLP
ATTN: LISA S. TSAI
1301 S. CAPITAL OF TEXAS HWY
BUILDING C, SUITE 300
AUSTIN, TX 78746

ROCACEIA, LLC
C/O REID, COLLINS, & TSAI LLP
1301 S. CAPITAL OF TEXAS HWY
BUILDING C, SUITE 300
AUSTIN, TX 78746

TARA LEDAY
MCCREARY, VESELKA, BRAGG & ALLEN,
P.C.
PO BOX 1269
ROUND ROCK, TX 78680-1269

TEXAS CHAMPION BANK
PO BOX 2090
ALICE, TX 78333

UNITED STATES ATTORNEY
GENERAL
IRS
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

UNITED STATES ATTORNEY
GENERAL
INTERNAL REVENUE SERVICE
1000 LOUISIANA ST STE 2300
HOUSTON, TX 77002-5010

WHARTON COUNTY TAX
COLLECTOR
309 E. MILAM ST SUITE 100
WHARTON, TX 77488

WOOD, BOYKIN, & WOLTER
ATTN: PETER E. AVOTS & JOSEPH B.
BAUCUM
615 NORTH UPPER BROADWAY, SUITE
1100
CORPUS CHRISTI, TX 78401-0748

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE: **Mobley , David Michael**                                      CASE NO 22-60004

                                                                       CHAPTER **11**


**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____02/04/2022_____       Signature _____/s/ David Michael Mobley_____
                                                                       David Michael Mobley , Debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**    Mobley , David Michael

Case No. _____22-60004_____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................   $400.00/hour

Prior to the filing of this statement I have received ...............................................................   $18,262.00

Balance Due .......................................................................................................................   UNKNOWN

(See attached statement)

2.   The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

7. In addition to the above-indicated amount, Debtor deposited $1,738.00 with attorney for payment of filing fee.

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2/04/2022
*Date*

/s/ Jerome A. Brown

Jerome A. Brown
*Signature of Attorney*

Bar Number: 03140000
The Brown Law Firm
13900 Sawyer Ranch Rd
Dripping Springs, TX 78620
Phone: (512) 306-0092

The Brown Law Firm
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-60004 |
| | § | |
| | § | |
| DAVID MICHAEL MOBLEY, | § | |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | | (SubChapter V) |

## ATTACHMENT TO DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Debtor's Attorney, Jerome A. Brown, of The Brown Law Firm, has agreed to accept compensation in connection with representing Debtor in this Chapter 11 bankruptcy proceeding at the rate of $400.00 per hour. The Debtor's Attorney was paid $20,000.00 prior to the filing of the bankruptcy petition, in this case, $1,738.00 of the amount paid to Debtor's Attorney was used to pay the Court's filing fee. The Debtor's Attorney has received $18,262.00 in attorney's fees for this case. The amount owed to the Attorney for representing the Debtor, in this case, is unknown at this time.