IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 22-60004 |
| DAVID MICHAEL MOBLEY, | § § § § | CHAPTER 11 (Sub V) |
| DEBTOR. | § § § | |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Melissa A. Haselden*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The Subchapter V designation was removed and the case was converted to a Chapter 11 non-Subchapter case, with no plan confirmed and no plan payments made to the trustee.  Pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on July 19, 2022 the Court ordered compensation of $10,245.00 be awarded to the trustee.  These funds have not yet been paid by the debtor to the trustee.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion to a non-Subchapter V Chapter 11.  I request that I be discharged from any further duties as trustee.


       08/05/2022                         /s/ Melissa A. Haselden
Date: _____        By: _____
                                                    Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**