IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

IN RE:

DAVID MICHAEL MOBLEY
Debtor

CASE NO. 22-60004
CHAPTER 11

**WITHDRAWAL OF INTERESTED PARTY LISA MOBLEY'S EMERGENCY MOTION TO QUASH SUBPOENA ISSUED TO BANK OF AMERICA, N.A. (ECF 132).**

Interested party Lisa Mobley hereby withdraws her Emergency Motion to Quash Subpoena issued to Bank of America, National Association. It has been learned that the documents subpoenaed have already been provided by Bank of America. The withdrawal of this motion makes moot the need for the hearing that has been set to be heard on Friday, September 9, 2022 at 9:30 A.M.

Respectfully submitted,

**CHARLES NEWTON & ASSOCIATES**
**NEWTONS.LAW**
190 N. Millport Circle
The Woodlands TX 77382
Phone (281) 681-1170
Fax (281) 901-5631
*Attorneys for Lisa Mobley*

_____
**CHARLES (CHUCK) NEWTON**
chuck@newtons.law
Texas Bar No. 14976250
SDTX Bar No. 27900

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Withdraw of Lisa Mobley's Emergency Motion to Quash was served on the following parties via electronic means, if possible, otherwise by the means stated below:

Bank of America, N.A.
℅ CT Corporation System
Institution Subpoenaed
1999 Bryan
Suite 900

FAX
(214) 754-0922

Dallas TX 75201-3136

Walter J. Cicack  
*Atty. for QLRH, et. al.*  
3401 Allen Parkway  
Suite 200  
Houston TX 77019

EMAIL  
wcicack@hcgllp.com

Jeremy M. Masten  
Hawash Cicack & Gaston LLP  
*Atty. for QLRH, et. al.*  
3401 Allen Parkway  
Suite 200  
Houston, Texas 77019

EMAIL  
masten@hcgllp.com

Jayson B. Ruff  
*Atty. U. S. Trustee*  
515 Rusk St.  
Suite 3516  
Houston TX 77002

EMAIL  
jayson.b.ruff@usdoj.gov

Stephen W. Sather  
Barron & Newburger, P.C.  
*Atty. for Debtor*  
7320 N. MoPac Expwy.  
Suite 400  
Austin TX 78731

EMAIL  
ssather@bn-lawyers.com

Jerome A. Brown  
The Brown Law Firm  
*Atty. for Debtor*  
13900 Sawyer Ranch Road  
Dripping Springs TX 78620

EMAIL  
jerome@brownbankruptcy.com

DATED: September 8, 2022

_____  
**CHARLES (CHUCK) NEWTON**