# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| In re:<br><br>**DAVID MICHAEL MOBLEY**<br><br>Debtor. | Case No. 22-60004<br><br>Chapter 11 |

## DEBTOR'S MOTION TO DISMISS CASE

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.

Represented parties should act through their attorney.

TO THE HONOSRABLE U.S. BANKRUPTCY COURT:

David Michael Mobley (the "***Debtor***") hereby files this Motion to Dismiss Case.

**Factual and Procedural Background**

1. The Debtor filed this case on January 21, 2022.

2. The Court denied the Debtor's Subchapter V election on June 1, 2022. At that time, the Court indicated that it would entertain a motion to dismiss the case if requested by the Debtor.

3. The main creditor that has been active in this case is Quality Lease and Rental Holdings, LLC, et al ("QLRS") which has filed an unliquidated claim for $62,700,000. The claim is based upon a suit which has been pending in the U.S. District Court for the Southern District of Texas, Victoria since 2016 which originated as an adversary proceeding in the bankruptcy

proceeding of QLRS in 2014.  The suit alleged claims against the Debtor and nine non-debtor parties.  However, the only claims remaining are those against the Debtor and QLS Holdco, Inc.  The case was set for trial on January 24, 2022 but was stayed by the bankruptcy filing.

4.       The Debtor is unable to propose a confirmable plan until such time as the claim of QLRS is liquidated. If the claim is allowed in the full amount alleged, the Debtor will be unable to satisfy the absolute priority rule.  Given that the QLRS claim is somewhere between $0 and $62,700,000, there is substantial uncertainty as to Debtor's ability to propose a confirmable plan prior to liquidation of the claim.

## Argument and Authorities

5.       Under 11 U.S.C. §1112(b)(1), the court shall convert the case to chapter 7 or dismiss the case for cause shown, "whichever is in the best interests of creditors and the estate."

6.       "Cause" includes "failure to file a plan and disclosure statement, or to file and confirm a plan within the time fixed by this title or by order of the court." The Court had previously fixed a deadline to file a plan by April 21, 2022, which was extended to June 30, 2022. However, that deadline was superseded when the Subchapter V election was denied. Although the Court has not set a new deadline to file a plan, the Debtor's exclusive period to file a plan has expired.

7.       Dismissal is in the best interests of creditors and the estate for the reason that there would be only a nominal distribution to unsecured creditors. Most of the assets of the estate are encumbered by liens or have been claimed as exempt. While there is an objection pending to Debtor's homestead exemption, there is no guarantee that this objection will be successful.

8.       As shown by the docket in this case, this is largely a two-party dispute between the Debtor and QLRS. The most efficient solution would be to allow the Debtor and QLRS to

litigate their claims in U.S. District Court. Debtor acknowledges that his bankruptcy filing stopped the prior setting in this case from going forward. Therefore, Debtor is willing to agree to dismissal with prejudice for 180 days to allow this suit to go forward.

          Respectfully submitted,

          **BARRON & NEWBURGER, P.C.**
          7320 N. MoPac Expressway., Suite 400
          Austin, Texas 78731
          (512) 476-9103
          (512) 279-0310 (Facsimile)
          ssather@bn-lawyers.com
          By:   /s/*Stephen W. Sather*
                  Stephen W. Sather
                  State Bar No. 17657520

**CERTIFICATE OF SERVICE**

     By my signature below, I hereby certify that I served the above and foregoing Motion on the parties listed on the attached matrix on this the 12th day of September 2022.

          */s/Stephen W. Sather*
          Stephen W. Sather

```
Label Matrix for local noticing          First Financial Bank, N.A.               Ford Motor Credit Company LLC
0541-6                                   P.O. BOX 3679                            Devlin, Naylor & Turbyfill, P.L.L.C.
Case 22-60004                            Abilene, TX 79604-3679                   c/o George F. Dunn
Southern District of Texas                                                        5120 Woodway Dr., Ste. 9000
Victoria                                                                          Houston, TX 77056-1725
Fri Jul 29 13:32:03 CDT 2022

Fort Bend County                         Quality Lease Rental Service, LLC        Quality Lease Service, LLC
Linebarger Goggan Blair & Sampson LLP    c/o Walter J. Cicack                     c/o Walter J. Cicack
c/o Jeannie Lee Andresen                 Hawash Cicack & Gaston LLP               Hawash Cicack & Gaston LLP
P.O. Box 3064                            3401 Allen Parkway, Suite 200            3401 Allen Parkway, Suite 200
Houston, TX 77253-3064                   Houston, TX 77019-1857                   Houston, TX 77019-1857

Quality Lease and Rental Holdings, LLC   Rocaceia, LLC                            Texas Champion Bank
c/o Walter J. Cicack                     c/o Walter J. Cicack                     c/o Mike Thiltgen
Hawash Cicack & Gaston LLP               Hawash Cicack & Gaston LLP               P.O. Box 270550
3401 Allen Parkway, Suite 200            3401 Allen Parkway, Suite 200            Corpus Christi, TX 78427-0550
Houston, TX 77019-1857                   Houston, TX 77019-1857

Texas Quality Mats, LLC                  Wharton County, Texas                    6
P.O. Box 168                             c/o Tara LeDay                           United States Bankruptcy Court
El Campo, TX 77437-0168                  P.O. Box 1269                            PO Box 61010
                                         Round Rock, TX 78680-1269                Houston, TX 77208-1010

AT&T Corp                                Allan Martin                             Bank of America
PO Box 5072                              c/o REID, COLLINS, & TSAI LLP            P.O. Box 15284
Carol Stream, IL 60197-5072              1301 S. Capital of Texas Hwy  Building C Wilmington, DE 19850-5284
                                         Austin, TX 78746-6550

Bank of America, N.A.                    Enhanced Recovery                        FORD CREDIT
PO Box 673033                            8014 Bayberry Rd.                        PO BOX 650575
Dallas, TX 75267-3033                    Jacksonville, FL 32256-7412              Dallas, TX 75265-0575

First Financial Bk Min                   First State Bank - Louise                Ford Motor Credit Company, LLC
Po Box 2559                              Card Service Center                      C/o George F. Dunn
Abilene, TX 79604-2559                   PO Box 569120                            5120 Woodway Dr., Suite 9000
                                         Dallas, TX 75356-9120                    Houston, Texas 77056-1725

Fort Bend County                         Fort Bend County                         Greta Yvette Mobley
c/o Jeannie Lee Andresen                 c/o John P. Dillman                      1082 County Road 451
Linebarger Goggan Blair & Sampson LLP    Linebarger Goggan Blair & Sampson LLP    El Campo, TX 77437-5593
P.O. Box 3064                            P.O. Box 3064
Houston, Tx 77253-3064                   Houston, Tx 77253-3064

Independent Bankersbank                  Internal Revenue Service                 Lincoln Automotive Fin
c/o Creditors Bankruptcy Service         Centralized Insolvency Office            Attn: Bankrutcy
P.O. Box 800849                          P. O. Box 7346                           PO Box 54200
Dallas, TX 75380-0849                    Philadelphia, PA 19101-7346              Omaha, NE 68154-8000

M/G Finance Co., Ltd.                    MATAGORDA INDEPENDENT SCHOOL DISTRICT    MG Finance Co LTD
c/o John Seth Bullard                    1700 7th Street, Room 203                1655 Louisiana Street
Orgain, Bell & Tucker, LLP               Bay City TX 77414-5034                   Beaumont, TX 77701-1120
PO Box 1751
Beaumont, TX 77704-1751
```

| | | |
|---|---|---|
| People's United Equipment Finance Corp.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Peoples Bank<br>5820 82nd Street<br>Lubbock, TX 79424-3617 | Quality Lease Rental Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 |
| Quality Lease Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Quality Lease and Rental Holdings, LLC<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905-0702 | Reid, Collins, & Tsai LLP<br>ATTN: Lisa S. Tsai<br>1301 S. Capital of Texas Hwy  Building C<br>Austin, TX 78746-6550 |
| Richard E. Borstmayer<br>c/o Kyle R. Watson<br>Winstead PC<br>24 Waterway Ave Suite 500<br>The Woodlands, TX 77380-3289 | Rocaceia, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Santander Consumer USA<br>Attn: Bankruptcy 10-64-38-FD7    601 Penn<br>Reading, PA 19601 |
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Texas Champion Bank<br>P.O. Box 270550<br>Corpus Christi, Texas 78427-0550 | Texas Champion Bank<br>PO Box 2090<br>Alice, TX 78333-2090 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Attorney General<br>Centralized Insolvency Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 | United States Attorney General<br>Internal Revenue Service<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 |
| Wharton County<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Wharton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | Wood, Boykin, & Wolter<br>ATTN: Peter E. Avots & Joseph B. Baucum<br>615 North Upper Broadway,  Suite 1100<br>Corpus Christi, TX 78401-0748 |
| David Michael Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Janet Northrup, Chapter 7 Trustee<br>c/o Heather McIntyre<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 | Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539 |
| Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)MATAGORDA ISD | (u)People's United Equipment Finance | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     2<br>Total                                   53 |