IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-60004 |
| DAVID MICHAEL MOBLEY | § | Chapter 11 |
| *Debtor* | § | |

## QUALITY PARTIES' RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO DISMISS CASE
[Relates to Dkt. 136]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Quality Lease and Rental Holdings, LLC; Quality Lease Rental Service, LLC; Quality Lease Service, LLC; and Rocaceia, LLC (collectively referred to as the "Quality Parties"), and file this Response in Opposition to Debtor's Motion to Dismiss Case (Dkt. 136), and would show this Court as follows:

1.      Quality filed its Motion to Convert Case to Chapter 7 or, in the Alternative, to Appoint a Chapter 11 Trustee or Examiner (the "Quality Parties' Motion") on September 15, 2022 (Dkt. 137).  The Quality Parties oppose the Debtor's Motion to Dismiss for all of the grounds set forth in the Quality Parties' Motion, which is incorporated herein by this reference.

### Conclusion

For the reasons provided in the Quality Parties' Motion, the Court should not dismiss this case, but instead should convert this case to chapter 7 case.  The Quality Parties request this and such other and further relief to which it may be entitled.

1

Respectfully submitted,

HAWASH CICACK & GASTON LLP

 /s/ Walter J. Cicack
WALTER J. CICACK
State Bar No. 04250535
wcicack@hcgllp.com
Jeremy M. Masten
State Bar No. 24083454
masten@hcgllp.com
3401 Allen Parkway, Suite 200
Houston, Texas 77019
(713) 658-9015 - tel/fax
**Attorneys for Quality Lease and**
**Rental Holdings, LLC, Quality**
**Lease Rental Service, LLC, Quality**
**Lease Service, LLC, and Rocaceia,**
**LLC**

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic means via ECF transmission to all PACER system participants in this bankruptcy case on October 10, 2022.

 /s/ Walter J. Cicack
Walter J. Cicack