IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-60004 |
| DAVID MICHAEL MOBLEY | § | Chapter 11 |
| *Debtor* | § | |

**M/G FINANCE'S ADVISORY TO COURT IN SUPPORT OF**
**QUALITY'S MOTION TO CONVERT CASE TO CHAPTER 7**
[Relates to Dkt. 137]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, M/G Finance Co., Ltd. ("M/G Finance"), a creditor and party-in-interest in this bankruptcy case, and files this Advisory to the Court in Support of Quality's Motion to Convert Case to Chapter 7, in the Alternative, to Appoint a Chapter 11 Trustee or Examiner (Dkt. 137) ("Quality's Motion"), and would advise the Court as follows:

1. M/G Finance has reviewed Quality's Moton and has also reviewed Debtor's Motion to Dismiss Case (Dkt. 136), and hereby advises the Court that it supports the relief requested in Quality's Motion and believes it would be in the best interest of the bankruptcy estate and the creditors to convert this case to a chapter 7.

2. M/G Finance filed its Proof of Claim in this bankruptcy case on February 9, 2022 in the amount of $1,642,924.92 (unsecured) (Proof of Claim No. 5).

Respectfully, M/G Finance joins in Quality's request to convert this case to Chapter 7.

Respectfully submitted,

ORGAIN, BELL & TUCKER, LLP

*/s/ John S. Bullard*
John Seth Bullard
State Bar No. 24040601
jb@obt.com
P.O. Box 1751
Beaumont, Texas 77704
(409) 838-6412 - tel
***Attorney for M/G Finance Co., Ltd.***

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic means via ECF transmission to all PACER system participants in this bankruptcy case on October **11**, 2022.

*/s/ John S. Bullard*
John Seth Bullard

2