IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 22-60004 |
| DAVID MICHAEL MOBLEY, | § | CHAPTER 11 |
| DEBTOR | § | |

### TEXAS CHAMPION BANK'S JOINDER IN QUALITY'S MOTION TO CONVERT CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE OR EXAMINER

Texas Champion Bank is an unsecured creditor in Debtor's bankruptcy proceeding, evidenced by Proof of Claim No. 35. Texas Champion Bank hereby joins and incorporates the arguments and assertions in Quality's Motion to Convert Case to Chapter 7 or, in the Alternative, to Appoint a Chapter 11 Trustee or Examiner, filed on September 15, 2022, at Doc. #137.

For the reasons stated in Quality's Motion to Convert, the court should grant Quality's Motion and convert the case to a Chapter 7 or, in the alternative, appoint a Chapter 11 Trustee or Examiner. Texas Champion Bank believes that such action would be in the best interest of the creditors, and the bankruptcy estate, and respectfully requests the court grant Quality's Motion.

Respectfully submitted,

_____
Peter E. Avots
Federal I.D. No. 11424
State Bar No. 01456450
pea@wbwpc.com
Joseph B. Baucum
Federal I.D. No. 3709666
State Bar No. 24076262
jbb@wbwpc.com
WOOD, BOYKIN & WOLTER
A Professional Corporation
555 N. Carancahua, Suite 1510
Corpus Christi, Texas 78401-0855
(361) 888-9201
(361) 888-8353 (facsimile)
ATTORNEY FOR TEXAS CHAMPION BANK

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing document was served on the parties receiving notice by ECF on the ___12th___ day of October, 2022:

_____
Peter E. Avots