United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re:<br><br>**DAVID MICHAEL MOBLEY**<br><br>Debtor. | Case No. 22-60004<br><br>Chapter 11 |

## ORDER GRANTING
### DEBTOR'S MOTION TO COMPROMISE AND SETTLE WITH QUALITY LEASE AND RENTAL HOLDINGS, LLC, ET AL

CAME ON TO BE CONSIDERED Debtor's Motion to Compromise and Settle with Quality Lease and Rental Holdings, LLC, et al. The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The Mediated Term Sheet attached to the Motion is approved pursuant to Fed.R.Bankr.P. 9019.

2. The parties are authorized to take all steps necessary to carry out the settlement.

Signed: January 06, 2023

_____
Christopher Lopez
United States Bankruptcy Judge