IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MICHAEL MOBLEY | § | CASE NO. 22-60004 |
| | § | |
| DEBTOR-IN-POSSESSION | § | CHAPTER 11 |

### DEBTOR-IN-POSSESSION'S EMERGENCY APPLICATION TO APPROVE EMPLOYMENT (NUNC PRO TUNC) OF APPRAISER, MICHAEL JONES, OF M.L. JONES & ASSOCIATES

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**DATE BY WHICH EMERGENCY RELIEF IS NEEDED: As soon as the Court's schedule allows.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW, Debtor-in-Possession, DAVID MICHAEL MOBLEY ("Debtor") and files this Emergency Application to Approve Employment (Nunc Pro Tunc) of Appraiser, Michael Jones, of M.L. Jones & Associates, and in support thereof would show the Court the following:

### APPLICATION TO APPROVE EMPLOYMENT

1.      Debtor filed this Chapter 11 bankruptcy case on January 21, 2022.

2. Debtor is an individual Texas resident whose residence is located at 3815 Montgomery Rd Richmond, TX 77406.

3. Debtor desires to employ Michael Jones of M.L. Jones & Associates, a public appraiser ("Appraiser") nunc pro tunc.

4. Appraiser's contact information is as follows:

> Mailing Address:
> PO Box 986
> El Campo, TX 77437-2183
> Telephone No.: (979) 877-9504
> Email Address: mljonesre@gmail.com

5. Debtor has selected Appraiser for the reason that Appraiser is a certified appraiser and provides appraisals for real property in the geographical area where Debtor's real properties are located. Appraiser's resume is attached hereto as Exhibit A, and incorporated herein for all purposes.

6. The professional services rendered by Appraiser include, but are not limited to:

   a. Provide appraisals for Debtor's properties.
   b. Other work as necessary to assist completion of the bankruptcy.

7. Debtor desires to employ Appraiser, nunc pro tunc, pursuant to the terms of the Engagement Letters, true and correct copies of which are attached hereto as Exhibit B, and incorporated herein for all purposes.

8. Other persons who are already employed or who are to be employed by the Debtor in the same profession as Appraiser, and an explanation of the reason an additional professional is required are as follows:

None.

9. Appraiser was not paid a retainer. At the time of the filing of this bankruptcy case, Appraiser was not owed anything by the Debtor or any other party in connection with this bankruptcy case.

10. Other than is set forth above, to the best of Debtor's and Appraiser's knowledge, Appraiser has no connection with the Debtor, Creditors, or any other party-in-interest, their respective attorneys, and accountants, the United States Trustee, or any person employed in the office of United States Trustee.

11. Attached hereto as Exhibit C, and incorporated herein for all purposes, is a true and correct copy of the Appraiser as required by FED. R. BANKR. P. 2014.

12. To the best of Debtor's and Appraiser's knowledge, Appraiser has no interest adverse to the Debtor in any of the matters upon which Appraiser is to be engaged, and Appraiser's employment is in the best interest of the Debtor.

13. Debtor had Appraiser appraise his real properties on an emergency basis in order to provide necessary appraisal values on the Debtor's properties in connection with a mediation in this case that occurred on December 1, 2022. Debtor was represented at such mediation by Co-counsel in this case, Stephen W. Sather. Such mediation was successful, and Debtor believes that this will lead to a Plan being confirmed in this case. Late last year, Debtor's attorney had health complications that led to his hospitalization and Debtor's attorney being unable to timely file this Application. Because of the above facts, an Application was not filed within 30 days after the Appraiser commenced providing Appraiser's services. The order authorizing employment is required Nunc Pro Tunc due to the above facts and is proper since the Appraiser has already provided his services. The approval of this Application will not prejudice any parties in interest, and has been beneficial to such parties because the successful mediation, will in all likelihood, lead to a confirmable Plan. Due to the facts set forth above, the Debtor requests that

the Application to Approve the Employment of this Appraiser be approved on a Nunc Pro Tunc basis.

## REQUEST FOR EMERGENCY HEARING

14.　It is requested that this Court grant emergency consideration of this Application because the Appraiser needs to be employed, so that he can be paid for his services he has provided as soon as possible.

15.　Accordingly, good cause exists to hear this Application on an emergency basis. Debtor's Attorney certifies an emergency exists by his signature below.

WHEREFORE, Debtor prays that the Court grant this Application, Nunc Pro Tunc, on an emergency basis and for such other and further relief that may be just and proper in the premises.

Dated: January 23, 2023.

Respectfully submitted,

**THE BROWN LAW FIRM**

By: /s/ Jerome A. Brown
Jerome A. Brown
State Bar No. 03140000
13900 Sawyer Ranch Road
Dripping Springs, TX 78620
Phone: (512) 306-0092
Facsimile: (512) 521-0711
Email:jerome@brownbankruptcy.com
Attorney for Debtor-in-Possession

**APPROVED:**

By: /s/ Michael Jones
Michael Jones, Appraiser

Exhibit "A"

## QUALIFICATIONS OF
## MICHAEL L. JONES
### Senior Appraiser/Right-of Way Specialist

ML JONES & ASSOCIATES
2414 Hancock
El Campo, Texas 77437
(979) 877-9504

### FORMAL EDUCATION

Texas A&M University, College Station, Texas
Degree (BBA)
Major: English

### CONTINUING EDUCATION

All current requirements have been completed for state certification.

### LICENSE(S)/CERTIFICATION(S)

Certified Real Estate Appraiser:    State of Texas (No. TX-1327390-G)

### EMPLOYMENT EXPERIENCE

Twenty-five years of Real Estate Appraisal and Consulting experience throughout the United States

| Period | Company | Location |
|---|---|---|
| Present | ML Jones & Associates, Owner/Appraiser | El Campo, TX |
| 2/17-7/17 | Initech Appraisals, Senior Appraiser | Houston, Texas |
| 2015-2017 | CBRE, Inc. Appraisal Services, Senior Appraiser | Houston, Texas |
| 2011-2015 | Integra Realty Resources, Senior Appraiser | Houston, Texas |
| 1997-2011 | ML Jones & Associates, Owner/Appraiser | El Campo, Texas |
| 1994-1997 | CL McDade & Company, Staff Appraiser | Dallas, Texas |
| 1992-1994 | Newport Consulting, Staff Appraiser | Dallas, Texas |
| 1990-1992 | Hill Thompson, Inc., Staff Appraiser | Houston, Texas |

ML Jones & Associates                                                                                              28

**Exhibit "B"**

ML Jones & Associates
Real Estate Appraisers and Consultants
PO Box 986
El Campo, Texas 77437
(979) 877-9504

October 11, 2022

Mr. Mike Mobley
3815 Montgomery
Richmond, TX 77406

Re: Real Estate Appraisal for Mike Mobley
Located at 480 CR 355, El Campo, Texas

Dear Mr. Mobley,

This letter will serve as a formal engagement for ML Jones & Associates to appraise the aforementioned property. In accordance with your request, the purpose of the appraisal of the above referenced property will be to estimate the **Market Value** of the fee simple interest of the subject property, based upon the underlying assumptions and limiting conditions that will be contained within the report. The report shall be in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP). The fee for these services is $1,850, ½ due upon commencement and ½ due upon completion. In the event of court testimony, the hourly charge for the the certified appraiser shall be $175.00.

Delivery of the report will be 3 weeks from engagement, provided the requested data to complete the report is received by the appraiser in a timely manner. Data necessary to complete this report in a timely manner include, but are not limited to; a copy of any purchase contracts, survey, environmental reports, plans and specifications and real estate tax statements.

If these terms are acceptable to you, please execute this document and return by email (mljonesre@gmail.com) at your earliest convenience. I can be reached at (979) 877-9504 to arrange delivery of the fee. We appreciate the opportunity to provide these services to you.

Respectfully submitted,

Michael L. Jones

_____
State Certified General Real Estate Appraiser

Date: 10-12-22

ML Jones & Associates<br>
Real Estate Appraisers and Consultants<br>
PO Box 986<br>
El Campo, Texas 77437<br>
(979) 877-9504

October 11, 2022

Mr. Mike Mobley
3815 Montgomery
Richmond, TX 77406

Re:  Real Estate Appraisal for Mike Mobley
     Located at MLK Blvd & Gladys St El Campo, Texas

Dear Mr. Mobley,

This letter will serve as a formal engagement for ML Jones & Associates to appraise the aforementioned property. In accordance with your request, the purpose of the appraisal of the above referenced property will be to estimate the **Market Value** of the fee simple interest of the subject property, based upon the underlying assumptions and limiting conditions that will be contained within the report. The report shall be in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP). The fee for these services is $2,450, ½ due upon commencement and ½ due upon completion. In the event of court testimony, the hourly charge for the the certified appraiser shall be $175.00.

Delivery of the report will be 3 weeks from engagement, provided the requested data to complete the report is received by the appraiser in a timely manner. Data necessary to complete this report in a timely manner include, but are not limited to; a copy of any purchase contracts, survey, environmental reports, plans and specifications and real estate tax statements.

If these terms are acceptable to you, please execute this document and return by email (mljonesre@gmail.com) at your earliest convenience. I can be reached at (979) 877-9504 to arrange delivery of the fee. We appreciate the opportunity to provide these services to you.

Respectfully submitted,

Michael L. Jones

_____                    Date: __10-12-22__
State Certified General Real Estate Appraiser

Page 7

ML Jones & Associates
Real Estate Appraisers and Consultants
PO Box 986
El Campo, Texas 77437
(979) 877-9504

October 11, 2022

Mr. Mike Mobley
3815 Montgomery
Richmond, TX 77406

Re:   Real Estate Appraisal for Mike Mobley
      77.57 Acres located at La Prada Trace, Fulshear, Texas

Dear Mr. Mobley,

This letter will serve as a formal engagement for ML Jones & Associates to appraise the aforementioned property. In accordance with your request, the purpose of the appraisal of the above referenced property will be to estimate the **Market Value** of the fee simple interest of the subject property, based upon the underlying assumptions and limiting conditions that will be contained within the report. The report shall be in accordance with the Uniform Standards of Professional Appraisal Practice (USPAP). The fee for these services is $1,250, ½ due upon commencement and ½ due upon completion. In the event of court testimony, the hourly charge for the the certified appraiser shall be $175.00.

Delivery of the report will be 3 weeks from engagement, provided the requested data to complete the report is received by the appraiser in a timely manner. Data necessary to complete this report in a timely manner include, but are not limited to; a copy of any purchase contracts, survey, environmental reports, plans and specifications and real estate tax statements.

If these terms are acceptable to you, please execute this document and return by email (mljonesre@gmail.com) at your earliest convenience. I can be reached at (979) 877-9504 to arrange delivery of the fee. We appreciate the opportunity to provide these services to you.

Respectfully submitted,

Michael L. Jones

_____              Date: ___10-12-22___
State Certified General Real Estate Appraiser

**Exhibit "C"**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MICHAEL MOBLEY | § | CASE NO. 22-60004 |
| | § | |
| DEBTOR-IN-POSSESSION | § | CHAPTER 11 |

## VERIFIED STATEMENT OF APPRAISER, MICHAEL JONES OF M.L. JONES & ASSOCIATES

Michael Jones, being duly sworn, says:

"1. That I am the Appraiser who Debtor-in-Possession herein desires to employ in this bankruptcy case, as is more fully described in the Application to which this verified statement is attached.

2. Other than as set forth in said Application, neither Appraiser, Michael Jones nor M.L. Jones & Associates has any connection with the Debtor, creditors, any other party in interest, their respective attorneys, and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. I declare under penalty of perjury that the foregoing is true and correct.

Further, Affiant sayeth not."

Executed on January 23, 2023.

<u>By: /s/ Michael Jones</u>
Michael Jones, Appraiser

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded, via First Class U.S. Mail, postage prepaid, or by electronic mail from the Clerk of the Court on January 23, 2023, to the parties-in-interest entitled to notice set forth on Exhibit 1 attached hereto.

/s/ Jerome A. Brown
Jerome A. Brown

Exhibit 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-6<br>Case 22-60004<br>Southern District of Texas<br>Victoria<br>Fri Jan 20 13:48:20 CST 2023 | First Financial Bank, N.A.<br>P.O. BOX 3679<br>Abilene, TX 79604-3679 | Ford Motor Credit Company LLC<br>Devlin, Naylor & Turbyfill, P.L.L.C.<br>c/o George F. Dunn<br>5120 Woodway Dr., Ste. 9000<br>Houston, TX 77056-1725 |
| Fort Bend County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Quality Lease Rental Service, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 | Quality Lease Service, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 |
| Quality Lease and Rental Holdings, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 | Rocaceia, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 | Texas Champion Bank<br>c/o Mike Thiltgen<br>P.O. Box 270550<br>Corpus Christi, TX 78427-0550 |
| Texas Quality Mats, LLC<br>P.O. Box 168<br>El Campo, TX 77437-0168 | Wharton County, Texas<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 6<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| AT&T Corp<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | Allan Martin<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C<br>Austin, TX 78746-6550 | Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Enhanced Recovery<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | FORD CREDIT<br>PO BOX 650575<br>Dallas, TX 75265-0575 |
| First Financial Bk Min<br>Po Box 2559<br>Abilene, TX 79604-2559 | First State Bank - Louise<br>Card Service Center<br>PO Box 569120<br>Dallas, TX 75356-9120 | Ford Motor Credit Company, LLC<br>C/o George F. Dunn<br>5120 Woodway Dr., Suite 9000<br>Houston, Texas 77056-1725 |
| Fort Bend County<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Fort Bend County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Greta Yvette Mobley<br>1082 County Road 451<br>El Campo, TX 77437-5593 |
| Independent Bankersbank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Lincoln Automotive Fin<br>Attn: Bankrutcy<br>PO Box 54200<br>Omaha, NE 68154-8000 |
| M/G Finance Co., Ltd.<br>c/o John Seth Bullard<br>Orgain, Bell & Tucker, LLP<br>PO Box 1751<br>Beaumont, TX 77704-1751 | MATAGORDA INDEPENDENT SCHOOL DISTRICT<br>1700 7th Street, Room 203<br>Bay City TX 77414-5034 | MG Finance Co LTD<br>1655 Louisiana Street<br>Beaumont, TX 77701-1120 |

| | | |
|---|---|---|
| People's United Equipment Finance Corp.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Peoples Bank<br>5820 82nd Street<br>Lubbock, TX 79424-3617 | Quality Lease Rental Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 |
| Quality Lease Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Quality Lease and Rental Holdings, LLC<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905-0702 | Reid, Collins, & Tsai LLP<br>ATTN: Lisa S. Tsai<br>1301 S. Capital of Texas Hwy Building C<br>Austin, TX 78746-6550 |
| Richard E. Borstmayer<br>c/o Kyle R. Watson<br>Winstead PC<br>24 Waterway Ave Suite 500<br>The Woodlands, TX 77380-3289 | Rocaceia, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Santander Consumer USA<br>Attn: Bankruptcy 10-64-38-FD7   601 Penn<br>Reading, PA 19601 |
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Texas Champion Bank<br>P.O. Box 270550<br>Corpus Christi, Texas 78427-0550 | Texas Champion Bank<br>PO Box 2090<br>Alice, TX 78333-2090 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Attorney General<br>Centralized Insolvency Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 | United States Attorney General<br>Internal Revenue Service<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 |
| Wharton County<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Wharton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | Wood, Boykin, & Wolter<br>ATTN: Peter E. Avots & Joseph B. Baucum<br>615 North Upper Broadway, Suite 1100<br>Corpus Christi, TX 78401-0748 |
| David Michael Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Gregory Raymond Siemankowski<br>Barron and Newburger<br>7320 North Mopac expwy.<br>Ste 400<br>78731<br>Austin, TX 78731-2338 | Janet Northrup, Chapter 7 Trustee<br>c/o Heather McIntyre<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 |
| Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539 | Lisa Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 |
| Stephen Wayne Sather<br>Barron Newburger, P.C.<br>7320 N Mopac Expy<br>Ste 400<br>Austin, TX 78731-2347 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M/G Finance Co., Ltd.         (u)MATAGORDA ISD         (u)People's United Equipment Finance

End of Label Matrix
Mailable recipients    54
Bypassed recipients     3
Total                  57