United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MICHAEL MOBLEY | § | CASE NO. 22-60004 |
| | § | |
| DEBTOR-IN-POSSESSION | § | CHAPTER 11 |

### ORDER GRANTING DEBTOR-IN-POSSESSION'S EMERGENCY APPLICATION TO APPROVE EMPLOYMENT (NUNC PRO TUNC) OF APPRAISER, MICHAEL JONES, OF M.L. JONES & ASSOCIATES

**CAME ON FOR CONSIDERATION** Debtor-in-Possession Emergency Application to Approve Employment (Nunc Pro Tunc) of Appraiser, Michael Jones, of M.L. Jones & Associates. The Court finds that such Applications should be GRANTED.

IT IS THEREFORE ORDERED that Debtor-in-Possession's Emergency Application to Approve Employment (Nunc Pro Tunc) of Appraiser Michael Jones of M.L. Jones & Associates, is hereby granted.

Signed: January 27, 2023

_____
Christopher Lopez
United States Bankruptcy Judge