IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MICHAEL MOBLEY | § | CASE NO. 22-60004 |
| | § | |
| DEBTOR-IN-POSSESSION | § | CHAPTER 11 |

**DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR ADEQUATE PROTECTION**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**DATE BY WHICH EMERGENCY RELIEF IS NEEDED: As soon as the Court's schedule allows.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW, Debtor-in-Possession, DAVID MICHAEL MOBLEY ("Debtor") and files this Emergency Motion for Adequate Protection and in support thereof would show the Court the following:

1. Debtor filed this Chapter 11 bankruptcy case on January 21, 2022.

2. The Debtor proposes to make adequate protection payments, pursuant to 11 U.S.C §361 to the holder of the following allowed secured claims and in the amounts specified below:

| Secured Creditor | Collateral Description | AdequateProtection Payment |
|---|---|---|
| First Financial Bank, N.A. | 3815 Montgomery Rd. Richmond, TX 77406 (Debtor's Homestead) | $16,903.64 per month. |

3. The Debtor proposes to make the above adequate protection payments from his Debtor-In-Possession account until the Debtor's Plan is confirmed. The balance in the Debtor-In-Possession account as of January 6, 2023, was $123,236.06. At least such amount is still held in such account.

## REQUEST FOR EMERGENCY HEARING

4. It is requested that this Court grant emergency consideration of this Motion because the Debtor needs to start making this payment from the Debtor-In-Possession account, because it is causing a hardship upon Debtor and others by this payment being made from other sources.

5. Accordingly, good cause exists to hear this Motion on an emergency basis. Debtor's Attorney certifies an emergency exists by his signature below.

Wherefore, Debtor requests this Court grant this Motion, and for such other and further relief to which Debtor may be entitled.

Dated: January 30, 2023.

Respectfully submitted,

**THE BROWN LAW FIRM**

By: /s/ Jerome A. Brown
Jerome A. Brown
State Bar No. 03140000
13900 Sawyer Ranch Road
Dripping Springs, TX 78620
Phone: (512) 306-0092
Facsimile: (512) 521-0711
Email:jerome@brownbankruptcy.com
Attorney for Debtor-In-Possession

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded, via First Class U.S. Mail, postage prepaid, or by electronic mail from the Clerk of the Court on January 30, 2023, to the parties-in-interest entitled to notice set forth on Exhibit 1 attached hereto.

/s/ Jerome A. Brown
Jerome A. Brown

Exhibit 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-6<br>Case 22-60004<br>Southern District of Texas<br>Victoria<br>Fri Jan 20 13:48:20 CST 2023 | First Financial Bank, N.A.<br>P.O. BOX 3679<br>Abilene, TX 79604-3679 | Ford Motor Credit Company LLC<br>Devlin, Naylor & Turbyfill, P.L.L.C.<br>c/o George F. Dunn<br>5120 Woodway Dr., Ste. 9000<br>Houston, TX 77056-1725 |
| Fort Bend County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Quality Lease Rental Service, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 | Quality Lease Service, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 |
| Quality Lease and Rental Holdings, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 | Rocaceia, LLC<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 | Texas Champion Bank<br>c/o Mike Thiltgen<br>P.O. Box 270550<br>Corpus Christi, TX 78427-0550 |
| Texas Quality Mats, LLC<br>P.O. Box 168<br>El Campo, TX 77437-0168 | Wharton County, Texas<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 6<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| AT&T Corp<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | Allan Martin<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C<br>Austin, TX 78746-6550 | Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Enhanced Recovery<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | FORD CREDIT<br>PO BOX 650575<br>Dallas, TX 75265-0575 |
| First Financial Bk Min<br>Po Box 2559<br>Abilene, TX 79604-2559 | First State Bank - Louise<br>Card Service Center<br>PO Box 569120<br>Dallas, TX 75356-9120 | Ford Motor Credit Company, LLC<br>C/o George F. Dunn<br>5120 Woodway Dr., Suite 9000<br>Houston, Texas 77056-1725 |
| Fort Bend County<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Fort Bend County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Greta Yvette Mobley<br>1082 County Road 451<br>El Campo, TX 77437-5593 |
| Independent Bankersbank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Lincoln Automotive Fin<br>Attn: Bankrutcy<br>PO Box 54200<br>Omaha, NE 68154-8000 |
| M/G Finance Co., Ltd.<br>c/o John Seth Bullard<br>Orgain, Bell & Tucker, LLP<br>PO Box 1751<br>Beaumont, TX 77704-1751 | MATAGORDA INDEPENDENT SCHOOL DISTRICT<br>1700 7th Street, Room 203<br>Bay City TX 77414-5034 | MG Finance Co LTD<br>1655 Louisiana Street<br>Beaumont, TX 77701-1120 |

| | | |
|---|---|---|
| People's United Equipment Finance Corp.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Peoples Bank<br>5820 82nd Street<br>Lubbock, TX 79424-3617 | Quality Lease Rental Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 |
| Quality Lease Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Quality Lease and Rental Holdings, LLC<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905-0702 | Reid, Collins, & Tsai LLP<br>ATTN: Lisa S. Tsai<br>1301 S. Capital of Texas Hwy Building C<br>Austin, TX 78746-6550 |
| Richard E. Borstmayer<br>c/o Kyle R. Watson<br>Winstead PC<br>24 Waterway Ave Suite 500<br>The Woodlands, TX 77380-3289 | Rocaceia, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Santander Consumer USA<br>Attn: Bankruptcy 10-64-38-FD7   601 Penn<br>Reading, PA 19601 |
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Texas Champion Bank<br>P.O. Box 270550<br>Corpus Christi, Texas 78427-0550 | Texas Champion Bank<br>PO Box 2090<br>Alice, TX 78333-2090 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Attorney General<br>Centralized Insolvency Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 | United States Attorney General<br>Internal Revenue Service<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 |
| Wharton County<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Wharton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | Wood, Boykin, & Wolter<br>ATTN: Peter E. Avots & Joseph B. Baucum<br>615 North Upper Broadway, Suite 1100<br>Corpus Christi, TX 78401-0748 |
| David Michael Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Gregory Raymond Siemankowski<br>Barron and Newburger<br>7320 North Mopac expwy.<br>Ste 400<br>78731<br>Austin, TX 78731-2338 | Janet Northrup, Chapter 7 Trustee<br>c/o Heather McIntyre<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 |
| Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539 | Lisa Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 |
| Stephen Wayne Sather<br>Barron Newburger, P.C.<br>7320 N Mopac Expy<br>Ste 400<br>Austin, TX 78731-2347 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M/G Finance Co., Ltd.        (u)MATAGORDA ISD        (u)People's United Equipment Finance

End of Label Matrix
Mailable recipients     54
Bypassed recipients      3
Total                   57