United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MICHAEL MOBLEY | § | CASE NO. 22-60004 |
| | § | |
| DEBTOR-IN-POSSESSION | § | CHAPTER 11 |

### ORDER GRANTING DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR ADEQUATE PROTECTION

**CAME ON FOR CONSIDERATION** Debtor-in-Possession Emergency Motion for Adequate Protection ("Motion"). The Court finds that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is Granted.

Signed: February 27, 2023

_____
Christopher Lopez
United States Bankruptcy Judge