IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MICHAEL MOBLEY, | § | Case No. 22-60004(CML) |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

**NOTICE OF FIRST AND FINAL APPLICATION OF DREW MCMANIGLE FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS EXAMINER FOR THE PERIOD FROM MARCH 13, 2023 TO MAY 30, 2023**

---

**NOTICE PURSUANT TO LOCAL RULE 9013-1**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

YOU ARE HEREBY NOTIFIED that on June 12, 2023, Drew McManigle, Examiner, filed his First and Final Fee Application for Allowance of Compensation [Docket No. 195] (the "**Application**") for services it provided to the estate of the above captioned Debtor. The Application has been filed pursuant to 11 U.S.C. § 330, and covers professional services rendered and reimbursement of expenses for the period from March 13, 2023 to May 30, 2023.

The Trustee requests that the Court approve, on a final basis, fees in the amount of fees in the amount of $32,872.50, expenses in the amount of $82.00, plus $1,000.00 for preparation and service to all parties of the Final Application, totaling $33,954.50, and directing payment of $33,954.50 from the Debtor's funds currently available.

A copy of the Application has been filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Rm 400, Houston, Texas 77002, and may be examined during its normal business hours.

DATED: June 12, 2023.

*/s/ Drew McManigle*
Drew McManigle
Founder and Chief Executive Officer
MACCO Restructuring Group LLC
The Pennzoil Building
700 Milam Street, Suite 1300
Houston, Texas 77002
Telephone: (410) 350-1839
Email: drew@macco.group

*Examiner*

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, a copy of the foregoing *Notice of Filing of First and Final Application of Drew McManigle for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Examiner for the Period from March 13, 2023 to May 30, 2023* has been served via the ECF system to the parties receiving ECF notice and to parties on the attached Service List.

*/s/ Drew McManigle*
DREW MCMANIGLE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-6<br>Case 22-60004<br>Southern District of Texas<br>Victoria<br>Mon Jun 12 13:17:08 CDT 2023 | **SERVICE LIST** | First Financial Bank, N.A.<br>P.O. BOX 3679<br>Abilene, TX 79604-3679 |
| Ford Motor Credit Company LLC<br>Devlin, Naylor & Turbyfill, P.L.L.C.<br>c/o George F. Dunn<br>5120 Woodway Dr., Ste. 9000<br>Houston, TX 77056-1725 | Fort Bend County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Quality Lease Rental Service, LLC et al<br>c/o Walter J. Cicack<br>Hawash Cicack & Gaston LLP<br>3401 Allen Parkway, Suite 200<br>Houston, TX 77019-1857 |
| Texas Champion Bank<br>c/o Mike Thiltgen<br>P.O. Box 270550<br>Corpus Christi, TX 78427-0550 | Texas Quality Mats, LLC<br>P.O. Box 168<br>El Campo, TX 77437-0168 | Wharton County, Texas<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| | AT&T Corp<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | Allan Martin<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy  Building C<br>Austin, TX 78746-6550 |
| Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Enhanced Recovery<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 |
| FORD CREDIT<br>PO BOX 650575<br>Dallas, TX 75265-0575 | First Financial Bk Min<br>Po Box 2559<br>Abilene, TX 79604-2559 | First State Bank - Louise<br>Card Service Center<br>PO Box 569120<br>Dallas, TX 75356-9120 |
| Ford Motor Credit Company, LLC<br>C/o George F. Dunn<br>5120 Woodway Dr., Suite 9000<br>Houston, Texas 77056-1725 | | Fort Bend County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Greta Yvette Mobley<br>1082 County Road 451<br>El Campo, TX 77437-5593 | Independent Bankersbank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Lincoln Automotive Fin<br>Attn: Bankrutcy<br>PO Box 54200<br>Omaha, NE 68154-8000 | M/G Finance Co., Ltd.<br>c/o John Seth Bullard<br>Orgain, Bell & Tucker, LLP<br>PO Box 1751<br>Beaumont, TX 77704-1751 | MATAGORDA INDEPENDENT SCHOOL DISTRICT<br>1700 7th Street, Room 203<br>Bay City TX 77414-5034 |

| | | |
|---|---|---|
| MG Finance Co LTD<br>1655 Louisiana Street<br>Beaumont, TX 77701-1120 | People's United Equipment Finance Corp.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Peoples Bank<br>5820 82nd Street<br>Lubbock, TX 79424-3617 |
| Quality Lease Rental Service, LLC et al<br>c/o REID, COLLINS, & TSAI LLP /Lisa Tsai<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | | Quality Lease and Rental Holdings, LLC<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905-0702 |
| | Richard E. Borstmayer<br>c/o Kyle R. Watson<br>Winstead PC<br>24 Waterway Ave Suite 500<br>The Woodlands, TX 77380-3289 | |
| Santander Consumer USA<br>Attn: Bankruptcy 10-64-38-FD7   601 Penn<br>Reading, PA 19601 | Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Texas Champion Bank<br>P.O. Box 270550<br>Corpus Christi, Texas 78427-0550 |
| Texas Champion Bank<br>PO Box 2090<br>Alice, TX 78333-2090 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Attorney General<br>Centralized Insolvency Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 |
| United States Attorney General<br>Internal Revenue Service<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 | Wharton County<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Wharton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 |
| Wood, Boykin, & Wolter<br>ATTN: Peter E. Avots & Joseph B. Baucum<br>615 North Upper Broadway,  Suite 1100<br>Corpus Christi, TX 78401-0748 | David Michael Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Gregory Raymond Siemankowski<br>Barron and Newburger<br>7320 North Mopac expwy.<br>Ste 400<br>78731<br>Austin, TX 78731-2338 |
| Janet Northrup, Chapter 7 Trustee<br>c/o Heather McIntyre<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 | Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539 | Lisa Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 |
| Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | Stephen Wayne Sather<br>Barron Newburger, P.C.<br>7320 N Mopac Expy<br>Ste 400<br>Austin, TX 78731-2347 | |