IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 22-60004 |
| DAVID MICHAEL MOBLEY | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**MOTION TO WITHDRAW OBJECTION TO CLAIM NO. 10-1 FILED BY QUALITY LEASE AND RENTAL HOLDINGS, LLC**

TO THE HONORABLE U.S. BANKRUPTCY COURT:

David Michael Mobley (the "*Debtor*") hereby files this Motion to Withdraw Objection to Claim No. 10-1 Filed by Quality Lease and Rental Holdings, LLC.

1. Debtor filed an Objection to Claim No. 10-1 (Dkt. #140)

2. Pursuant to the Order Granting Joint Motion to Compromise and Settle (Dkt. #164) Debtor wishes to withdraw such objection.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expressway., Suite 400
Austin, Texas 78731
(512) 476-9103
(512) 279-0310 (Facsimile)
ssather@bn-lawyers.com


By:   /s/*Stephen W. Sather*____
      Stephen W. Sather
      State Bar No. 17657520

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that I served the above and foregoing Motion to Withdraw Objection to Claim on the parties listed on the attached matrix on this the 21st day of July 2023.


      /s/*Stephen W. Sather*
      Stephen W. Sather

```
Label Matrix for local noticing          First Financial Bank, N.A.              Ford Motor Credit Company LLC
0541-6                                   P.O. BOX 3679                           Devlin, Naylor & Turbyfill, P.L.L.C.
Case 22-60004                            Abilene, TX 79604-3679                  c/o George F. Dunn
Southern District of Texas                                                       5120 Woodway Dr., Ste. 9000
Victoria                                                                         Houston, TX 77056-1725
Fri Jul 29 13:32:03 CDT 2022

Fort Bend County                         Quality Lease Rental Service, LLC       Quality Lease Service, LLC
Linebarger Goggan Blair & Sampson LLP    c/o Walter J. Cicack                    c/o Walter J. Cicack
c/o Jeannie Lee Andresen                 Hawash Cicack & Gaston LLP              Hawash Cicack & Gaston LLP
P.O. Box 3064                            3401 Allen Parkway, Suite 200           3401 Allen Parkway, Suite 200
Houston, TX 77253-3064                   Houston, TX 77019-1857                  Houston, TX 77019-1857

Quality Lease and Rental Holdings, LLC   Rocaceia, LLC                           Texas Champion Bank
c/o Walter J. Cicack                     c/o Walter J. Cicack                    c/o Mike Thiltgen
Hawash Cicack & Gaston LLP               Hawash Cicack & Gaston LLP              P.O. Box 270550
3401 Allen Parkway, Suite 200            3401 Allen Parkway, Suite 200           Corpus Christi, TX 78427-0550
Houston, TX 77019-1857                   Houston, TX 77019-1857

Texas Quality Mats, LLC                  Wharton County, Texas                   6
P.O. Box 168                             c/o Tara LeDay                          United States Bankruptcy Court
El Campo, TX 77437-0168                  P.O. Box 1269                           PO Box 61010
                                         Round Rock, TX 78680-1269               Houston, TX 77208-1010

AT&T Corp                                Allan Martin                            Bank of America
PO Box 5072                              c/o REID, COLLINS, & TSAI LLP           P.O. Box 15284
Carol Stream, IL 60197-5072              1301 S. Capital of Texas Hwy  Building C Wilmington, DE 19850-5284
                                         Austin, TX 78746-6550

Bank of America, N.A.                    Enhanced Recovery                       FORD CREDIT
PO Box 673033                            8014 Bayberry Rd.                       PO BOX 650575
Dallas, TX 75267-3033                    Jacksonville, FL 32256-7412             Dallas, TX 75265-0575

First Financial Bk Min                   First State Bank - Louise               Ford Motor Credit Company, LLC
Po Box 2559                              Card Service Center                     C/o George F. Dunn
Abilene, TX 79604-2559                   PO Box 569120                           5120 Woodway Dr., Suite 9000
                                         Dallas, TX 75356-9120                   Houston, Texas 77056-1725

Fort Bend County                         Fort Bend County                        Greta Yvette Mobley
c/o Jeannie Lee Andresen                 c/o John P. Dillman                     1082 County Road 451
Linebarger Goggan Blair & Sampson LLP    Linebarger Goggan Blair & Sampson LLP   El Campo, TX 77437-5593
P.O. Box 3064                            P.O. Box 3064
Houston, Tx 77253-3064                   Houston, Tx 77253-3064

Independent Bankersbank                  Internal Revenue Service                Lincoln Automotive Fin
c/o Creditors Bankruptcy Service         Centralized Insolvency Office           Attn: Bankrutcy
P.O. Box 800849                          P. O. Box 7346                          PO Box 54200
Dallas, TX 75380-0849                    Philadelphia, PA 19101-7346             Omaha, NE 68154-8000

M/G Finance Co., Ltd.                    MATAGORDA INDEPENDENT SCHOOL DISTRICT   MG Finance Co LTD
c/o John Seth Bullard                    1700 7th Street, Room 203               1655 Louisiana Street
Orgain, Bell & Tucker, LLP               Bay City TX 77414-5034                  Beaumont, TX 77701-1120
PO Box 1751
Beaumont, TX 77704-1751
```

| | | |
|---|---|---|
| People's United Equipment Finance Corp.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Peoples Bank<br>5820 82nd Street<br>Lubbock, TX 79424-3617 | Quality Lease Rental Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 |
| Quality Lease Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Quality Lease and Rental Holdings, LLC<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905-0702 | Reid, Collins, & Tsai LLP<br>ATTN: Lisa S. Tsai<br>1301 S. Capital of Texas Hwy  Building C<br>Austin, TX 78746-6550 |
| Richard E. Borstmayer<br>c/o Kyle R. Watson<br>Winstead PC<br>24 Waterway Ave Suite 500<br>The Woodlands, TX 77380-3289 | Rocaceia, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Santander Consumer USA<br>Attn: Bankruptcy 10-64-38-FD7    601 Penn<br>Reading, PA 19601 |
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Texas Champion Bank<br>P.O. Box 270550<br>Corpus Christi, Texas 78427-0550 | Texas Champion Bank<br>PO Box 2090<br>Alice, TX 78333-2090 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Attorney General<br>Centralized Insolvency Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 | United States Attorney General<br>Internal Revenue Service<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 |
| Wharton County<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Wharton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 | Wood, Boykin, & Wolter<br>ATTN: Peter E. Avots & Joseph B. Baucum<br>615 North Upper Broadway,  Suite 1100<br>Corpus Christi, TX 78401-0748 |
| David Michael Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Janet Northrup, Chapter 7 Trustee<br>c/o Heather McIntyre<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 | Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539 |
| Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)MATAGORDA ISD | (u)People's United Equipment Finance | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     2<br>Total                   53 |