United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | ) ) ) |
| **DAVID MICHAEL MOBLEY** | ) ) Case No. 22-60004 |
| Debtor. | ) ) Chapter 11 ) ) |

### ORDER WITHDRAWING DEBTOR'S MOTION TO DISMISS CASE

CAME ON TO BE CONSIDERED Debtor's Motion to Dismiss Case. The Court finds that Debtor wishes to withdraw such motion pursuant to the Joint Motion to Compromise and Settle.

IT IS THEREFORE ORDERED that Debtor's Motion to Dismiss Case is hereby Withdrawn.

Signed: August 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge