IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: <br><br> DAVID MICHAEL MOBLEY <br><br> Debtor. | Case No. 22-60004 <br><br> Chapter 11 |

NOTICE OF SERVICE

    I certify that a copy of the Order Granting Debtor's Motion to Set Hearing on Disclosure Statement ( Doc #218) was sent to the parties below and on the attached matrix on September 20, 2023, by the First Class Mail.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expressway., Suite 400
Austin, Texas 78731
(512) 476-9103
(512) 279-0310 (Facsimile)
ssather@bn-lawyers.com
By:   /s/*Stephen W. Sather*____
       Stephen W. Sather
       State Bar No. 17657520

```
Label Matrix for local noticing          Drew McManigle                           First Financial Bank, N.A.
0541-6                                   700 Milam St                             P.O. BOX 3679
Case 22-60004                            Suite 1300                               Abilene, TX 79604-3679
Southern District of Texas               Houston, TX 77002-2736
Victoria
Wed Sep 20 16:08:40 CDT 2023

Ford Motor Credit Company LLC            Fort Bend County                         Quality Lease Rental Service, LLC
Devlin, Naylor & Turbyfill, P.L.L.C.     Linebarger Goggan Blair & Sampson LLP    c/o Walter J. Cicack
c/o George F. Dunn                       c/o Jeannie Lee Andresen                 Hawash Cicack & Gaston LLP
5120 Woodway Dr., Ste. 9000              P.O. Box 3064                            3401 Allen Parkway, Suite 200
Houston, TX 77056-1725                   Houston, TX 77253-3064                   Houston, TX 77019-1857

Quality Lease Service, LLC               Quality Lease and Rental Holdings, LLC   Rocaceia, LLC
c/o Walter J. Cicack                     c/o Walter J. Cicack                     c/o Walter J. Cicack
Hawash Cicack & Gaston LLP               Hawash Cicack & Gaston LLP               Hawash Cicack & Gaston LLP
3401 Allen Parkway, Suite 200            3401 Allen Parkway, Suite 200            3401 Allen Parkway, Suite 200
Houston, TX 77019-1857                   Houston, TX 77019-1857                   Houston, TX 77019-1857

Texas Champion Bank                      Texas Quality Mats, LLC                  Wharton County, Texas
c/o Mike Thiltgen                        P.O. Box 168                             c/o Tara LeDay
P.O. Box 270550                          El Campo, TX 77437-0168                  P.O. Box 1269
Corpus Christi, TX 78427-0550                                                     Round Rock, TX 78680-1269

6                                        AT&T Corp                                Allan Martin
United States Bankruptcy Court           PO Box 5072                              c/o REID, COLLINS, & TSAI LLP
PO Box 61010                             Carol Stream, IL 60197-5072              1301 S. Capital of Texas Hwy  Building C
Houston, TX 77208-1010                                                            Austin, TX 78746-6550

Bank of America                          Bank of America, N.A.                    Enhanced Recovery
P.O. Box 15284                           PO Box 673033                            8014 Bayberry Rd.
Wilmington, DE 19850-5284                Dallas, TX 75267-3033                    Jacksonville, FL 32256-7412

FORD CREDIT                              First Financial Bk Min                   First State Bank - Louise
PO BOX 650575                            Po Box 2559                              Card Service Center
Dallas, TX 75265-0575                    Abilene, TX 79604-2559                   PO Box 569120
                                                                                  Dallas, TX 75356-9120

Ford Motor Credit Company, LLC           Fort Bend County                         Fort Bend County
C/o George F. Dunn                       c/o Jeannie Lee Andresen                 c/o John P. Dillman
5120 Woodway Dr., Suite 9000             Linebarger Goggan Blair & Sampson LLP    Linebarger Goggan Blair & Sampson LLP
Houston, Texas 77056-1725                P.O. Box 3064                            P.O. Box 3064
                                         Houston, Tx 77253-3064                   Houston, Tx 77253-3064

Greta Yvette Mobley                      Independent Bankersbank                  Internal Revenue Service
1082 County Road 451                     c/o Creditors Bankruptcy Service         Centralized Insolvency Office
El Campo, TX 77437-5593                  P.O. Box 800849                          P. O. Box 7346
                                         Dallas, TX 75380-0849                    Philadelphia, PA 19101-7346

Lincoln Automotive Fin                   M/G Finance Co., Ltd.                    MATAGORDA INDEPENDENT SCHOOL DISTRICT
Attn: Bankrutcy                          c/o John Seth Bullard                    1700 7th Street, Room 203
PO Box 54200                             Orgain, Bell & Tucker, LLP               Bay City TX 77414-5034
Omaha, NE 68154-8000                     PO Box 1751
                                         Beaumont, TX 77704-1751
```

| | | |
|---|---|---|
| MG Finance Co LTD<br>1655 Louisiana Street<br>Beaumont, TX 77701-1120 | People's United Equipment Finance Corp.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 | Peoples Bank<br>5820 82nd Street<br>Lubbock, TX 79424-3617 |
| Quality Lease Rental Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Quality Lease Service, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 | Quality Lease and Rental Holdings, LLC<br>23403B NW Zac Lentz Pkwy<br>Victoria, TX 77905-0702 |
| Reid, Collins, & Tsai LLP<br>ATTN: Lisa S. Tsai<br>1301 S. Capital of Texas Hwy  Building C<br>Austin, TX 78746-6550 | Richard E. Borstmayer<br>c/o Kyle R. Watson<br>Winstead PC<br>24 Waterway Ave Suite 500<br>The Woodlands, TX 77380-3289 | Rocaceia, LLC<br>c/o REID, COLLINS, & TSAI LLP<br>1301 S. Capital of Texas Hwy Building C,<br>Austin, TX 78746-6574 |
| Santander Consumer USA<br>Attn: Bankruptcy 10-64-38-FD7    601 Penn<br>Reading, PA 19601 | Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Texas Champion Bank<br>P.O. Box 270550<br>Corpus Christi, Texas 78427-0550 |
| Texas Champion Bank<br>PO Box 2090<br>Alice, TX 78333-2090 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Attorney General<br>Centralized Insolvency Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0009 |
| United States Attorney General<br>Internal Revenue Service<br>1000 Louisiana St Ste 2300<br>Houston, TX 77002-5010 | Wharton County<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX. 78680-1269 | Wharton County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269 |
| Wood, Boykin, & Wolter<br>ATTN: Peter E. Avots & Joseph B. Baucum<br>615 North Upper Broadway,  Suite 1100<br>Corpus Christi, TX 78401-0748 | David Michael Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 | Gregory Raymond Siemankowski<br>Barron and Newburger<br>7320 North Mopac expwy.<br>Ste 400<br>78731<br>Austin, TX 78731-2338 |
| Janet Northrup, Chapter 7 Trustee<br>c/o Heather McIntyre<br>1201 Louisiana, 28th Floor<br>Houston, TX 77002-5607 | Jerome A Brown<br>The Brown Law Firm<br>13900 Sawyer Ranch Rd<br>Dripping Springs, TX 78620-4539 | Lisa Mobley<br>3815 Montgomery Rd<br>Richmond, TX 77406 |
| Melissa A Haselden<br>Haselden Farrow PLLC<br>Pennzoil Place<br>700 Milam<br>Suite 1300<br>Houston, TX 77002-2736 | Stephen Wayne Sather<br>Barron Newburger, P.C.<br>7320 N Mopac Expy<br>Ste 400<br>Austin, TX 78731-2347 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M/G Finance Co., Ltd.          (u)MATAGORDA ISD                    (u)People's United Equipment Finance

**End of Label Matrix**
**Mailable recipients**    55
**Bypassed recipients**     3
**Total**                  58