IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 22-60004 |
| DAVID MICHEAL MOBLEY | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on Debtor's objection (DE 77) to the Amended Proof of Claim filed by Texas Champion Bank [Claim 35] and is set for **Thursday, November 9, 2023 at 1:30 p.m.** before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, Texas 77002, via telephone and video conference.

All persons appearing at the hearing may appear telephonically or via video using the following information:

- **Telephonic Connection**
    - The Dial-in Telephone number: 1-832-917-1510; and
    - Conference Code: 590153
    - Please mute your microphone until ready to speak to the Court:

- **Video Connection**
    - https://www.gotomeet.me/JudgeLopez

Additional information and procedures appearing before Judge Christopher M. Lopez may be found at: https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures_.pdf.

Respectfully submitted,

/s/ Peter E. Avots
Peter E. Avots
Federal I.D. No. 11424
State Bar No. 01456450
pea@wbwpc.com
Joseph B. Baucum
Federal I.D. No. 3709666
State Bar No. 24076262

5381-266-3\Bankruptcy\23 Notice of Hearing 1016-31-29

[jbb@wbwpc.com](mailto:jbb@wbwpc.com)
WOOD, BOYKIN & WOLTER
A Professional Corporation
555 N. Carancahua Street, Suite 1510
Corpus Christi, Texas 78401
(361) 888-9201
(361) 888-8353 (facsimile)

ATTORNEYS FOR TEXAS CHAMPION BANK

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a copy of the foregoing document was served via First-Class U.S. Mail or by electronic mail through ECF on October 17, 2023, to all parties-in-interest entitled to notice listed on Exhibit 1 attached hereto.

      /s/ Peter E. Avots
      Peter E. Avots