IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| DAVID MOBLEY, | § CASE NO. 22-60004-V-11 |
| DEBTOR. | § |
| | § Confirmation set: |
| | § **FEBRUARY 20, 2024** |

## AMENDED OBJECTION TO CONFIRMATION
## OF THE AMENDED CHAPTER 11 PLAN

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

COMES NOW, Santander Consumer USA, Inc. dba Chrysler Capital ("Santander" or "Creditor"), objecting to the confirmation of the Amended Chapter 11 Plan proposed by David Mobley ("Debtor"), and for cause of action would respectfully show the Court as follows:

1. Creditor has a perfected purchase money security interest in a 2018 Dodge Charger, Vehicle Identification Number 2C3CDXBG8JH197425. As of the date of filing, Creditor was owed $24,567.49.

2. The value set forth in the Amended Chapter 11 Plan is too low. The retail value is $29,100.00. A true and correct copy of the N.A.D.A. valuations page is attached hereto as Exhibit "A" and incorporated herein by reference.

3. Santander objects to releasing its lien unless and until the full value of its claim is paid in full per the terms of the Plan.

WHEREFORE, PREMISES CONSIDERED, Santander Consumer USA, Inc. dba Chrysler Capital prays for an Order of this Court:

1. Denying confirmation of Debtor's Amended Chapter 11 Plan as proposed; and

2. For such other and further relief, both general and specific, to which Creditor may show itself justly entitled.

> Respectfully submitted,
> /s/ Stephen G. Wilcox
> Stephen G. Wilcox
> State Bar Number 21454300
> WILCOX LAW, PLLC
> P.O. Box 201849
> Arlington, Texas 76006
> (817) 870-1694 Telephone
> swilcox@wilcoxlaw.net

ATTORNEY FOR SANTANDER
CONSUMER USA, INC. DBA
CHRYSLER CAPITAL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Amended Objection to Confirmation of the Amended Chapter 11 Plan was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

David Mobley
3815 Montgomery Road
Richmond, TX 77406

and ELECTRONICALLY FILED on:

Jerome Brown
13900 Sawyer Ranch Road
Dripping Springs, TX 78620-4359

Melissa Haselden
Penzoil Place
700 Milam, Suite 1300
Houston, TX 77002

Dated on February 14, 2024.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

8323-00703-579851