IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MOBLEY, | § | CASE NO. 22-60004-V-11 |
| DEBTOR. | § | |
| | § | Confirmation set: |
| | § | **FEBRUARY 20, 2024** |

**WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>VICTORIA DIVISION ||
|---|---|
| Main Case No: 22-60004-V-11 | Name of Debtor(s): David Mobley |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Representative of Santander | Judge: Lopez |
| David Mobley | Courtroom Deputy: |
| | Hearing Date: February 20, 2024 |
| | Hearing Time: 1:00 PM |
| | Party's Name: Santander Consumer USA, Inc. dba Chrysler Capital |
| | Attorney's Name: Stephen G. Wilcox |
| | Attorney's Phone: 817-870-1694 |
| | Nature of Proceeding: Objection to Confirmation |
| | |
| | |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Motor Vehicle Retail Installment Contract | | | | |
| 2 | Certificate of Title | | | | |
| 3 | JD Power Valuation Page | | | | |
| 4 | Wall Street Journal interest rate page; | | | | |
| 5 | The Historical Prime Rate Data from the Federal Reserve Board of Governors (http://research.stlouisfed.org/fred2/data/PRIME.txt); | | | | |
| 6 | Proof of claim filed by Santander | | | | |
| 7 | All exhibits offered by Debtor(s) | | | | |
| 8 | All necessary rebuttal exhibits | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

**WITNESS AND EXHIBIT LIST** - Page 1

Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR SANTANDER
CONSUMER USA, INC. DBA
CHRYSLER CAPITAL

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

David Mobley
3815 Montgomery Road
Richmond, TX 77406

and ELECTRONICALLY FILED on:

Jerome Brown
13900 Sawyer Ranch Road
Dripping Springs, TX 78620-4359

Melissa Haselden
Pnnzoil Place
700 Milam, Suite 1300
Houston, TX 77002

US Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

Dated on February 14, 2024.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

8323-00703-579851

**WITNESS AND EXHIBIT LIST** - Page 2