IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| DAVID MICHAEL MOBLEY | ) | Case No. 22-60004 (CML) |
| | ) | |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| _____ | ) | |

**THE COUNTY OF WHARTON, TEXAS' NOTICE
OF WITHDRAWAL OF LIMITED OBJECTION TO CONFIRMATION OF
DEBTOR'S AMENDED PLAN OF REORGANIZATION
(Withdrawing ECF 251)**

1. The County of Wharton, Texas notifies the Court and all other parties that it withdraws its Limited Objection to Confirmation of Debtor's Amended Plan of Reorganization filed herein on 02/16/2024. Wharton's objections have been resolved via inclusion of language in the proposed confirmation order.

Date: March 20, 2024

Respectfully submitted,

McCREARY, VESELKA, BRAGG &
ALLEN, P.C.

By: */s/ Julie Anne Parsons*
Julie Anne Parsons
Texas Bar No. 00790358
P. O. Box 1269
Round Rock, TX 78680
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
*Attorneys for The County of Wharton,
Texas herein*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 20, 2024, a true and correct copy of the foregoing document was filed with the Court and served via the Court's electronic noticing system to all parties registered to receive such notice in the above-captioned proceeding including but not limited to debtor's counsel, the United States Trustee, the Examiner, and all parties having filed a Notice of Appearance and Request for Notice. The undersigned has additionally mailed a copy of this objection to the Debtor by first class U.S. Mail at his address of record 3815 Montgomery Rd., Richmond, TX 77406

/s/ *Julie Anne Parsons*
Julie Anne Parsons