IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| DAVID MICHAEL MOBLEY | § | CASE NO. 22-60004 |
| *Debtor* | § | |

## NOTICE OF STATUS CONFERENCE

Please take notice that a status conference is scheduled for **Tuesday, June 4, 2024**, at **2:30 p.m.**, before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, Texas 77002.

All persons may appear at the hearing via telephone or videoconference using the following information.

**Telephone**: Dial-In Number: 1-832-917-1510; Conference Code: 590153; Mute your microphone until ready to speak to the Court.

**Videoconference:** https://www.gotomeet.me/JudgeLopez ; Code: "JudgeLopez"

Additional information and procedures for appearing before Judge Christopher M. Lopez may be found at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez.

.

Respectfully submitted,

**POUPORE LAW FIRM PLLC**

*/s/ Jourdain Poupore*
Jourdain Poupore
Texas Bar No. 24094901
Federal Bar No. 2717697
3233 W. Dallas St., Suite 313
Houston, Texas 77019
Tel: 713-922-1655
service@poupore.law

*Litigation Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on May 22, 2024, via ECF to all other parties requesting notice.

*/s/ Jourdain Poupore*
Jourdain Poupore