**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | **CHAPTER 11** |
| | § | |
| DAVID MICHAEL MOBLEY | § | **CASE NO. 22-60004** |
| *Debtor* | § | |

**AMENDED NOTICE OF STATUS CONFERENCE**

Please take notice that a status conference is scheduled for **Wednesday, July 3, 2024**, at **10:00 a.m.**, before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, Texas 77002.

All persons may appear at the hearing via telephone or videoconference using the following information.

> **Telephone**: Dial-In Number: 1-832-917-1510; Conference Code: 590153; Mute your microphone until ready to speak to the Court.
>
> **Videoconference:** https://www.gotomeet.me/JudgeLopez ; Code: "JudgeLopez"

Additional information and procedures for appearing before Judge Christopher M. Lopez may be found at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez.

.

Respectfully submitted,

**POUPORE LAW FIRM PLLC**

*/s/ Jourdain Poupore*
Jourdain Poupore
Texas Bar No. 24094901
Federal Bar No. 2717697
3233 W. Dallas St., Suite 313
Houston, Texas 77019
Tel: 713-922-1655
service@poupore.law

***Litigation Trustee***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on June 10, 2024, via ECF to all other parties requesting notice.

*/s/ Jourdain Poupore*
Jourdain Poupore

2