**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-60004 |
| DAVID MICHAEL MOBLEY | § | |
| DEBTOR(S) | § | CHAPTER 11 |

**NOTICE OF CHANGE OF APPEARANCE IN LEAD COUNSEL
FOR WHARTON COUNTY
AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

COME(S) NOW Wharton County, creditor(s) in the above referenced case, represented by the firm McCreary, Veselka, Bragg & Allen, P.C., and give(s) Notice of Change of Appearance in Lead Counsel from Tara LeDay to:

Julie Anne Parsons
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
jparsons@mvbalaw.com

The undersigned hereby requests service of notices and other documents now be made electronically upon this attorney of record at the stated email address.

Dated:  June 11, 2024

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Julie Anne Parsons*
Julie Anne Parsons
Texas Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

**COUNSEL FOR NAMED CREDITOR(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I served or caused to be served a true and correct copy of the foregoing to all parties having requested and consented to electronic service herein, including debtor's counsel and the Trustee, via CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons