United States Bankruptcy Court<br>
Southern District of Texas<br>
<b>ENTERED</b><br>
November 13, 2024<br>
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| DAVID MICHAEL MOBLEY | § | CASE NO. 22-60004 |
| *Debtor* | § | |
| | § | |
| JOURDAIN POUPORE, LITIGATION TRUSTEE FOR THE MOBLEY LITIGATION TRUST | § § § § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | ADVERSARY NO. 24-06003 |
| | § | |
| SOLID LIBERTY RESOURCES, LLC, et al. | § | |
| *Defendants* | § | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This Court has received and considered the Joint Stipulation of Final Dismissal with Prejudice filed by Plaintiff Jourdain Poupore, Litigation Trustee for the Mobley Litigation Trust and Defendants Solid Liberty Resources, LLC, Solid Liberty Rental Services, LLC and Solid Liberty Safety Services, LLC (collectively, the "Defendants").

It is therefore ORDERED that all of Plaintiff's claims and causes of action asserted against Defendants in this adversary proceeding are DISMISSESD WITH PREJUDICE with each party to bear its own attorneys' fees and costs of court.

This adversary proceeding is hereby CLOSED.

Signed: November 13, 2024

_____
Christopher Lopez
United States Bankruptcy Judge