**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

IN THE MATTER OF:                                         CASE NO. 22-60004 (cml)

**DAVID MICHAEL MOBLEY**

               DEBTOR                                         **CHAPTER 11**

**SECOND NOTICE OF PLAN DEFAULT**

NOW COMES The County of Wharton, Texas, hereinafter "Wharton", and gives this written notice to the Reorganized Debtor and the Reorganized Debtor's counsel of default under the terms of David Michael Mobley's confirmed Amended Plan of Reorganization, hereinafter "the Plan".

1. The confirmation order was entered on 03/20/2024 (Docket No. 265).

2. The confirmation order became final on 04/03/2024, fourteen (14) days following entry.

3. The Effective Date, defined in Article 1, Definition 1.01.24 of the Plan, occurred on 05/01/2024, the first day of the calendar month after entry of the Confirmation Order.

4. Pursuant to Article 4, Section 4.03 of the Plan, the Reorganized Debtor is to pay Wharton's *ad valorem* tax Claim #1 in the amount of $84,453.73 and Claim #39 in the amount of $46,001.06, plus applicable interest, in equal monthly payments of $5,085.00 beginning March 1, 2024. Payments are to be made payable to Wharton County Tax Assessor-Collector and remitted to the undersigned.

5. The undersigned has not received Reorganized Debtor's December 1, 2024 or January 1, 2025 payment on Wharton's claims. The amount required to cure the default is $10,170.00.

1

6. Pursuant to Article 4, Section 4.03 of the Plan, Wharton hereby notifies the Reorganized Debtor that he has twenty-one (21) days from the date this Notice is filed and emailed to his counsel of record, or until 2/4/2025, to cure the default. If the Reorganized Debtor fails to fully cure the noticed default within said twenty-one (21) days, Wharton County may, without further order of this Court or notice to the Reorganized Debtor, pursue all available rights and remedies available under the Texas Property Tax Code to collect the full amount of all taxes, penalties and interest owed on the defaulted account(s).

7. Wharton is today serving counsel of record with the Second Notice of Plan Default both by email from the undersigned and via the Court's CM/ECF Filing System and mailing same to the Reorganized Debtor at his address of record.

Dated: January 14, 2025

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680-1269
Telephone (512) 323-3241
Fax (512) 323-3205

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
jparsons@mvbalaw.com

**ATTORNEYS FOR
THE COUNTY OF WHARTON, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I served the Reorganized Debtor with a true and correct copy of this Notice by First Class U.S. Mail at the address below and that Debtor's counsel, the U.S. Trustee, and all other parties consenting to electronic notice in this case were electronically served through the CM/ECF system. I also directly emailed this Notice to Debtor's Counsel.

**Reorganized Debtor - First Class U.S. Mail**
David Michael Mobley
3815 Montgomery Road
Richmond, TX 77406

**Debtor's Counsel -CM/ECF & Email**
Stephen Wayne Sather
Charles Ignatius Murnane
Barron Newburger, P.C.
7320 N. MoPac Expy, Ste. 400
Austin, TX 78731
ssather@bn-lawyers.com
cmurnane@bn-lawyers.com

Jerome A Brown
The Brown Law Firm
13900 Sawyer Ranch Rd
Dripping Springs, TX 78620-4539
jerome@brownbankruptcy.com

Gregory Raymond Siemankowski
Kelly Legal Group
1101 S. Capital of Texas Hwy
Bldg B, Ste. 200
78731, Ste 400
Austin, TX 78746
gregs@kellylegalgroup.com

**Sub V Trustee – Electronic:**
Melissa A Haselden
Haselden Farrow PLLC
Pennzoil Place
700 Milam, Suite 1300
Houston, TX 77002
mhaselden@haseldenfarrow.com

**United States Trustee - Electronic:**
Alicia Lenae Barcomb
Alicia.barcomb@usdoj.gov
Jayson B. Ruff
Jayson.b.ruff@usdoj.gov
Office of the U. S. Trustee
515 Rusk Avenue, Ste. 3516
Houston, TX 77002
Ustpregion07.au.ecf@usdoj.gov

**Parties in Interest – Electronic:**
Jessica Lynn Haile
for First Financial Bank
McMahon Surovik Suttle
400 Pine St, Ste 800
Abilene, TX 79601
jhaile@mcmahonlawtx.com

Devlin Naylor & Turbyfill, PLLC
For Ford Motor Credit
Donald L. Turbyfill
dturbyfill@dntlaw.com
George Frederick Dunn
gdunn@raslg.com
5120 Woodway
Suite 9000
Houston, TX 77056-1725

Linebarger Goggan Blair & Sampson LLP
For Fort Bend County
Jeannie Lee Andresen
John P. Dillman
Houston_bankruptcy@lgbs.com
P.O. Box 3064
Houston, TX 77253-3064

John Seth Bullard
For M/G Finance Co., Ltd.
Orgain Bell & Tucker LLP
470 Orleans, 4th Fl
Beaumont, TX 77701
jb@obt.com

Melissa E Valdez
For Matagorda ISD
Perdue Brandon Fielder Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008
mvaldez@pbfcm.com

Charles Anthony Newton
For Lisa Mobley
Newtons Law
190 N. Millport Circle
The Woodlands, TX 77382
chuck@newtons.law

T. Josh Judd
For People's United Equipment Finance
Andrews Myers PC
1885 Saint James Place, 15th Floor
Houston, TX 77056
jjudd@andrewsmyers.com

Jourdain Poupore
For Jourdain Poupore
Poupore Law Firm PLLC
3233 W Dallas St Suite 313
Houston, TX 77019
service@poupore.law

Jeremy M. Masten
Walter J. Cicack
For Quality Lease Rental Service,
Quality Lease Service, LLC,
Quality Lease & Rental Holdings, LLC
And Rocaceia, LLC
Hawash Cicack & Gaston LLP
711 W. Alabama St.
Houston, TX 77006
jeremy@themastenlawfirm.com
wcicack@hcgllp.com

Stephen Wilcox
 For Santander Consumer USA
Wilcox Law, PLLC
PO Box 201849
Arlington, TX 76006
swilcox@basselwilcox.com

Peter E Avots
For Texas Champion Bank
Wood, Boykin & Wolter, P.C.
555 N. Carancahua, Ste 1510
Corpus Christi, TX 78401-0855
pea@wbwpc.com

Charles Anthony Newton
For Texas Quality Mats, LLC
Newtons Law
190 N. Millport Circle
The Woodlands, TX 77382
chuck@newtons.law

 */s/ Julie Anne Parsons*
Julie Anne Parsons