**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 22-60004 (cml) |
| DAVID MICHAEL MOBLEY | |
| DEBTOR | CHAPTER 11 |

**THE COUNTY OF WHARTON, TEXAS'
NOTICE OF WITHDRAWAL OF SECOND NOTICE OF PLAN DEFAULT DOC 285**

1. The County of Wharton, Texas filed its Second Notice of Plan Default on January 14, 2025, Doc 285.

2. The debtor has verified that he made the December 1, 2024 payment and has stated that he is mailing the January 1, 2025 payment.

3. The County of Wharton, Texas hereby withdraws its Second Notice Doc 285.

Dated:  January 16, 2025

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Wharton, Texas
P. O. Box 1269
Round Rock, Texas 78680-1269
Telephone (512) 323-3241
Fax (512) 323-3205

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
jparsons@mvbalaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I served the Reorganized Debtor with a true and correct copy of this Notice by First Class U.S. Mail at the address below and that Debtor's counsel, the U.S. Trustee, and all other parties consenting to electronic notice in this case were electronically served through the CM/ECF system.

**Reorganized Debtor - First Class U.S. Mail**
David Michael Mobley
3815 Montgomery Road
Richmond, TX 77406

**Debtor's Counsel -CM/ECF & Email**
Stephen Wayne Sather
Charles Ignatius Murnane
Barron Newburger, P.C.
7320 N. MoPac Expy, Ste. 400
Austin, TX 78731
ssather@bn-lawyers.com
cmurnane@bn-lawyers.com

Jerome A Brown
The Brown Law Firm
13900 Sawyer Ranch Rd
Dripping Springs, TX 78620-4539
jerome@brownbankruptcy.com

Gregory Raymond Siemankowski
Kelly Legal Group
1101 S. Capital of Texas Hwy
Bldg B, Ste. 200
78731, Ste 400
Austin, TX 78746
gregs@kellylegalgroup.com

**Sub V Trustee – Electronic:**
Melissa A Haselden
Haselden Farrow PLLC
Pennzoil Place
700 Milam, Suite 1300
Houston, TX 77002
mhaselden@haseldenfarrow.com

**United States Trustee - Electronic:**
Alicia Lenae Barcomb
Alicia.barcomb@usdoj.gov
Jayson B. Ruff
Jayson.b.ruff@usdoj.gov
Office of the U. S. Trustee
515 Rusk Avenue, Ste. 3516
Houston, TX 77002
Ustpregion07.au.ecf@usdoj.gov

**Parties in Interest – Electronic:**
Jessica Lynn Haile
for First Financial Bank
McMahon Surovik Suttle
400 Pine St, Ste 800
Abilene, TX 79601
jhaile@mcmahonlawtx.com

Devlin Naylor & Turbyfill, PLLC
For Ford Motor Credit
Donald L. Turbyfill
dturbyfill@dntlaw.com
George Frederick Dunn
gdunn@raslg.com
5120 Woodway
Suite 9000
Houston, TX 77056-1725

Linebarger Goggan Blair & Sampson LLP
For Fort Bend County
Jeannie Lee Andresen
John P. Dillman
Houston_bankruptcy@lgbs.com
P.O. Box 3064
Houston, TX 77253-3064

| | |
|---|---|
| John Seth Bullard<br>For M/G Finance Co., Ltd.<br>Orgain Bell & Tucker LLP<br>470 Orleans, 4th Fl<br>Beaumont, TX 77701<br>jb@obt.com | Jeremy M. Masten<br>Walter J. Cicack<br>For Quality Lease Rental Service,<br>Quality Lease Service, LLC,<br>Quality Lease & Rental Holdings, LLC<br>And Rocaceia, LLC<br>Hawash Cicack & Gaston LLP<br>711 W. Alabama St.<br>Houston, TX 77006<br>jeremy@themastenlawfirm.com<br>wcicack@hcgllp.com |
| Melissa E Valdez<br>For Matagorda ISD<br>Perdue Brandon Fielder Collins & Mott<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>mvaldez@pbfcm.com | |
| Charles Anthony Newton<br>For Lisa Mobley<br>Newtons Law<br>190 N. Millport Circle<br>The Woodlands, TX 77382<br>chuck@newtons.law | Stephen Wilcox<br>For Santander Consumer USA<br>Wilcox Law, PLLC<br>PO Box 201849<br>Arlington, TX 76006<br>swilcox@basselwilcox.com |
| T. Josh Judd<br>For People's United Equipment Finance<br>Andrews Myers PC<br>1885 Saint James Place, 15th Floor<br>Houston, TX 77056<br>jjudd@andrewsmyers.com | Peter E Avots<br>For Texas Champion Bank<br>Wood, Boykin & Wolter, P.C.<br>555 N. Carancahua, Ste 1510<br>Corpus Christi, TX 78401-0855<br>pea@wbwpc.com |
| Jourdain Poupore<br>For Jourdain Poupore<br>Poupore Law Firm PLLC<br>3233 W Dallas St Suite 313<br>Houston, TX 77019<br>service@poupore.law | Charles Anthony Newton<br>For Texas Quality Mats, LLC<br>Newtons Law<br>190 N. Millport Circle<br>The Woodlands, TX 77382<br>chuck@newtons.law |

 /s/ Julie Anne Parsons
Julie Anne Parsons